Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED _____ ENTERED
LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

SEP 21 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

_____ Division

| | | |
|---|---|---|
| Ryan Matthew Conlon<br>30 Colonial Dr.,<br>Linthicum, MD, 21090 | ) )<br>) )<br>) ) | Case No. _____<br>*(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)* | ) )<br>) )<br>) ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| **-v-** | ) ) | |
| Connor Miller, C.I.A. Inspector General, US Airforce<br>Inspector General, DOD Inspector General | ) )<br>) )<br>) ) | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | ) )<br>) )<br>) ) | |

## COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Ryan Matthew Conlon |
| Street Address | 30 Colonial Dr. |
| City and County | Linthicum, Anne Arundel County |
| State and Zip Code | Maryland, 21090 |
| Telephone Number | 443-763-7691 |
| E-mail Address | rconlon29@icloud.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Connor Miller |
| Job or Title *(if known)* | DOD Analyst, and Joint-Non-Lethal Weapons Directorate |
| Street Address | 1233 Helmsdale Drive |
| City and County | Forest |
| State and Zip Code | VA, 24551 |
| Telephone Number | |
| E-mail Address *(if known)* | connor.w.miller@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | C.I.A. Inspector General |
| Job or Title *(if known)* | Inspector General |
| Street Address | 1000 Colonial Farm Rd. |
| City and County | McClean |
| State and Zip Code | Virginia |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | DOD Inspector General |
| Job or Title *(if known)* | Inspector General |
| Street Address | 4800 Mark Center Drive |
| City and County | Alexandria |
| State and Zip Code | Virginia, 22350 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | US Airforce Inspector General |
| Job or Title *(if known)* | Inspector General |
| Street Address | 1400 AF Pentagon |
| City and County | Washington, D.C. |
| State and Zip Code | District of Columbia, 20330 |
| Telephone Number | 1-800-424-9098 |
| E-mail Address *(if known)* | daf.ighotline@us.af.mil |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

see attached typed up complaint

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* Ryan Matthew Conlon _____ , is a citizen of the

   State of *(name)* Maryland _____

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* see additional PAGE PLEASE _____ , is a citizen of

   the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____

    b.    If the defendant is a corporation

        The defendant, *(name)* SEE Additional PAGE PLEASE , is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        I am seeking an Injunctive relief. I am seeking relief in that the Defendants legally stop attacking me with a Direct Energy Weapon, a D.E.W., using microwaves. Also to issue the Defendants a Peace Order, or a Protective Order for illegal use of D.E.W. on myself. I want the attacks to stop from the D.E.W. and microwaves. It is causing bodily harm for long term exposure, and possible serious health effects and the possibility of increase risk in deadly Cancer diagnosis.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendants are attacking me with a D.E.W. a Direct Energy Weapon, using Microwaves. They are causing bodily harm, and violating my privacy by attacking me with a D.E.W. using microwaves. The Microwave Radiation from the attacks are causing me bodily harm. I am a Non-Consensual test subject of a D.E.W. from a Microwave Weapon, causing myself to suffer brain injuries, and the 'Havana Syndrome'. Please see attached typed Complaint and Plea for more details.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking an Injunctive form of Relief against the Defendants. Please see attached typed up Plea and Civil Case.

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          9/16/21

Signature of Plaintiff          _Ryan Conlon_    _Ryan Conlon_

Printed Name of Plaintiff          Ryan M. Conlon

### B.      For Attorneys

Date of signing:          _____

Signature of Attorney          _____
Printed Name of Attorney          _____
Bar Number          _____
Name of Law Firm          _____
Street Address          _____
State and Zip Code          _____
Telephone Number          _____
E-mail Address          _____

Print          Save As...          Add Attachment          Reset