# "HAVANA SYNDROME VICTIM"

## "Non-consensual Test Subject"

# Civil-Lawsuit

### BY Ryan M. Conlon

## ————Claim for my Civil Case————

Within the United States, there is one important mechanism of accountability and that is the Havana Act of 2021, "Havana Act of 2021, S.1828 U.S.C. § SECTION 1. SHORT TITLE: This Act may be cited as the "Helping American Victims Afflicted by Neurological Attacks Act of 2021" or the "HAVANA Act of 2021" (2021)." Havana Act of 2021 is under the United States Constitution S.1828 U.S.C. § SECTION 1. SHORT TITLE.[1] As a torture victim of a technology known as "Microwave Hearing Effect", or 'Frey Effect', by a D.E.W., Directed Energy Weapon, I have a right to a Civil Action Case by the Havana Act of 2021, because I am the individual with physical injuries that is from torture of this technology, suffering from the 'Havana Syndrome': my injuries of the Havana Syndrome includes; Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure) as a result of the attacks from this kind of technology. And the person, shall be liable to the party injured (which is me, Ryan Conlon) or his or her legal representatives in a Civil Action. I do have CT and MRI scans that show Chronic Headaches which are a direct result from the attacks from this technology. I can even feel the blows of microwave energy pulses to the Cochlea of my inner ears. I will also provide some Thermal Images from a FLIR, which the US Army uses on their helicopters, as some evidence. I have a couple of Thermal Images from a FLIR, a thermal scanner device, which shows my head being attacked by Microwave Radiation, and I will provide these as Exhibits for some evidence.

I am a non-consensual Test Subject of the C.I.A., the D.O.D., and the U.S. Airforce. I have Brain Injuries that are on my CT and MRI reports, that are from a D.E.W. Microwave Weapon attack, that is causing Thermal heating of my cerebrospinal fluid, and causing my brain injury, of my Stable Enlargement of my Right Lateral Ventricle, which is a Brain injury that is most likely not Curable. My Stable Enlargement of my Right Lateral Ventricle is being caused by a D.E.W. Microwave Weapon attack and by means and method of Thermoelastic expansion of the Brain, and the Federal Government and US Military are using Coupled electromagnetic-thermodynamic simulations of microwave hearing effect Applications using the FDTD algorithm. XFDTD Bio-Pro is a specialty version of XFDTD, developed for calculation of the biological effects of electromagnetic fields, and for Coupled electromagnetic-thermodynamic simulations of microwave hearing effect Applications using the FDTD algorithm. I have a permanent Brain Injury of my Right Lateral Ventricle that was a direct result of a D.E.W. Microwave Weapon attack, and that is called the 'Havana Syndrome'.

"A few punctate foci of T2/FLAIR signal hyperintensity in the Bihemispheric subcortical white matter, without mass effect. Stable asymmetric enlargement of the right lateral ventricle relative to the left. No discrete obstructing lesion is seen."- on my MRI report [ **Please See Attached Exhibit 2-3, CT and MRI Scan Medical Report, from Advanced Radiology**] A few punctate foci of T2/Flair signal hyper intensity in the Bihemispheric subcortical white matter are my Chronic Headaches which is being caused by the Thermal Elastic Expansion of my Brain [ **Please See Attached Exhibit 2-3, CT and MRI Scan Medical Report, from Advanced Radiology**], and by pulsed RF Pulses of Microwave Pressure Wave being attacked by my inner Cochlear. The Stable asymmetric enlargement of the right lateral ventricle, is being caused by Thermoelastic expansion of the Brain, the pressure wave which is received and processed by the Cochlear microphonic system, to be the mechanism of acoustic perception of short RF Pulses. The reason why my Right Lateral Ventricle is Stable, is because it is being expanded by Thermoelastic Expansion of the Brain. [2] This is also causing my Eustachian tubes in my inner ear to expand and contract from the Directed Energy Pulses of the Microwave Weapon processed by the Cochlear microphonic system, to be the mechanism of acoustic perception of short RF Pulses. [3] And also, this Thermoelastic Expansion of my Brain, the Thermal Heating of my cerebrospinal fluid makes it flow faster, and helps to Enlarge and Expand even more by means of HEAT, causing my Ventricles to open up even larger, by this method of Thermoelastic Expansion. This is why my Right Lateral Ventricle has a Stable Enlargement by means of this Thermoelastic Expansion. The reason why my Chronic Headaches are on the right side of my brain is because of my Right Lateral Ventricle is being over Expanded by this Thermoelastic Expansion by means of Microwave Pulsed Thermal Heat Energy. My cerebrospinal fluid, and Ventricles are being Heated up, by Thermal Heat, and this Thermoelastic Expansion of the Brain that is mentioned in this U.S. Army Document.

This is in the 2006 Declassified U.S. Army document from Ft. Meade, Maryland. "At this time, virtually all investigators who have studied the phenomenon now accept by the THERMOELASTIC EXPANSION of the BRAIN, the pressure wave of which is received and processed the Cochlear microphonic system, to be the mechanism of acoustic perception of short RF Pulses. One study (in 1975) using human volunteers, identified the threshold energy of microwave-auditory responses in humans as a function pulse width for 2450 MHz radiofrequency energy. It is also found that about 40 J/cm2 incident energy density per pulse was required. Scientists have determined the threshold energy level for human

[1] https://www.congress.gov/bill/117th-congress/senate-bill/1828 - Bill recently passed by Sen. Collins, Susan M. [R-ME] (Introduced 05/25/2021), Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled.
[2] Page 8 https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf?fbclid=IwAR2NRTREuOyoiiX-FJo1IAgYFxlh9r5lZi6dCtJKytn99j0r-4jKTwFLR0M
[3] Tinnitus: https://xcorr.net/2012/05/24/hearing-radio-frequencies/

observers exposed to pulsed 2450-MHz fields (0.5-to 32micron pulse widths). They found that regardless of the peak of the power density and the pulse width, the per-pulse threshold for a normal subject is near 20mJ/kg. The average elevation of brain temperature associated with a just-perceptible pulse was estimated to be about 5x10-6degree C. Signals can be transmitted long distances (hundreds of meters) using current technology. Longer distances and more sophisticated signal types of signals will require more bulky equipment, but it seems possible to transmit some type of signals at closer ranges using man-portable equipment."[4]

I want the Judge and Court to recognize these defendants, the CIA, the US Airforce, the DOD, Connor Miller as responsible and guilty of negligence for the use of such technology to torture myself, during their time of employment under the guidance of the Federal Government and US Military. I want these defendants to be held responsible for negligence of using this technology to mentally and physically torture myself while in employment under the federal government and or US Military. During their employment in the federal government and or US Military these defendants are aware of such technology that is being used to torture myself. The C.I.A., the U.S. Airforce, the D.O.D., my cousin Connor Miller for my injuries of symptoms includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure) Chronic Headaches, nausea, and Tinnitus as a result of the attacks from this kind of technology. The Defendants are breaking the law, of the Michigan Penal Code: THE MICHIGAN PENAL CODE (EXCERPT) Act 328 of 1931, Enrolled House Bill No. 4513, 1931 PA 328, § 200h (MCL 750.200h), as amended by 2001 PA 135, § 200h § (k) "Harmful electronic or electromagnetic device" means a device designed to emit or radiate or that, as a result of its design, emits or radiates an electronic or electromagnetic pulse, current, beam, signal, or microwave that is intended to cause harm to others". [5] 2003-HB-4513 **Public Act 256 of 2003 (Effective: 1/1/2004).**

STATE OF MICHIGAN 92ND LEGISLATURE REGULAR SESSION OF 2003 Introduced by Reps. Nofs, Gaffney, Stakoe, Garfield, Stahl, Wenke, Van Regenmorter, Robertson, Ruth Johnson, Rocca, Howell, Taub, Caswell, Richardville, Palsrok, Caul, Hune, Newell, DeRoche, Bisbee, Middaugh, Brandenburg, Acciavatti, LaJoy, Pastor, Casperson, Tabor, Drolet, Milosch, Bieda, Lipsey, Gieleghem, Meisner, Moolenaar and Ward.

It is a Public Act law in Michigan in 2003, to make it illegal, to use such Electromagnetic Pulsed and Microwave Weapons on people, the Michigan Public Act law is (2003-HB-4513, Public Act 256 of 2003, Section (K). It is a Public Act, and recognized law passed into Michigan State Legislator. If your court refuses to grant this Lawsuit, it would be considered to be ignorant and Negligence of Law (Ignorant juris non excusat). As this law, that was passed in Michigan in 2003, it is a recognized law, and by local law enforcement in that State. This court, should not be ignorant of such laws. I will provide more information about this Michigan law in this lawsuit. Please don't be ignorant and negligent of a Public Law passed by a State, and that all States of the United States fall under the United States Constitution. Please try to RESPECT THIS 2003 MCL as proof that this technology exists, and proof that there is some ADEQUATE LEGISLATION ENACTED to make such use of Directed Energy Weapons illegal on victims.

I have added this Michigan Penal Code law into this typed up Lawsuit, to help you recognize that such technology is in current use, and that there is one Public Act to make this a Felony and a crime against the use of such Exotic Non-Lethal weaponry technology.

# Jurisdiction

1.     This court has subject matter jurisdiction over this matter pursuant to 28: U.S.C. 1331, which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States.

2.     This court has personal jurisdiction over the defendant corporation because the corporation's principal place of business is located in this state.

3.     Venue is proper pursuant to 28 U.S.C. 1391(b) because the events giving rise to the allegations in this complaint occurred in this district.[6]

4.  JURISDICTION: The Federal Question:
(1.) JURISDICTION: The Federal Question: Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case: Under 28 U.S.C. § 1331, the Federal Question, the Plaintiff claims that the Defendants are in direct violation of Federal Law, Title 18 U.S.C. Code § 241 - Conspiracy

---

[4] Page 8 https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf?fbclid=IwAR2NtRTREuOyoiiX-FJo1IAgYFxlh9r5lZi6dCtJKytn99j0r-4jKTwFLR0M
[5] The Michigan Penal Code Law (Michigan Legislature):
http://www.legislature.mi.gov/(S(1zglzin5wq1lw1ivcbo0lcve))/documents/mcl/pdf/mcl-Act-328-of-1931.pdf
[6] https://lawshelf.com/shortvideoscontentview/civil-procedure-how-to-draft-a-well-pleaded-complaint/

against rights. The List of defendants are in direct violation of this Federal Law of: U.S.C. Title 18 U.S.C. Code § 241 - Conspiracy against rights, because I am being deprived of my natural right to life, liberty, and security, as protected by the U.S.C. Amend. 14 § S1.1.1.1, 'Citizenship Clause', that are supposed to be upheld by the US Constitution, and without due process of law. Under 28 U.S.C. § 1331, the Federal Question, the defendants are in direct violation of Federal Law, Title 18 U.S.C. Code § 241 - Conspiracy against rights, I am being deprived of my natural human civil rights, by jurisdiction pursuant to this court of a Federal Question matter jurisdiction pursuant to the, U.S.C. Title 18 U.S. Code § 241 - Conspiracy against rights, that are supposed to be protected by the U.S. Constitution as part of natural right to ,"life, liberty, and security" as part of the Amend. 14. S1.1.1.1 Citizenship Clause: Historical Background: "nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

U.S.C. Amend. 14 § S1.1.1.1, 'Citizenship Clause', protects the rights of U.S. Citizens against the deprivation of 'life, liberty, and security', which my life is being deprived by a Non-Lethal Weapon of Microwave Energy of some kind, causing myself to suffer the 'Havana Syndrome', and other symptoms. By the Defendant's depriving myself, of my, "life, liberty, and security," as protected by the United States Constitution, under 28 U.S.C. § 1331, the Plaintiff claims that the defendants are violating the U.S.C. Title 18 U.S.C. Code § 241 and U.S.C. Amend. 14 § S1.1.1.1, 'Citizenship Clause', in a subjugating fashion, the Plaintiff could bring his case in federal court because it raises a "federal question".

# My Plea:

My name is Ryan M. Conlon. Non-consensual test subject suffering from the Havana Syndrome caused by the C.I.A., from Microwave Attacks, and human Radiation Experimentation. The Havana Syndrome is caused by Microwave attacks from a Microwave Directed Energy Weapon. The U.S. Department of State recognizes that its employees got diagnosed with the Havana Syndrome. I want the Judge and this court to Subpoena the C.I.A., the U.S. Airforce, the DOD, my cousin Connor Miller (DOD Analyst) to court and personally hold them responsible for the physical torture of myself. My cousin Connor Miller is a D.O.D. employee who is guilty of negligence working under the direction of the authority of the Director of the D.O.D., the Department of Defense.

I am a Non-Consensual test subject of the US Government, US Military and the C.I.A, and the D.O.D. My list of symptoms includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure)[7]. Just recently the White House was attacked by a Microwave Weapon, using the 'Microwave Hearing Effect', which attacked Secret Service Agents working at the White House, and that has sickened the Secret Service agents with Brain injuries and includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure). These Secret Service agents working at the White House have the same exact Symptoms that I do. The Secret Service agents working at the White House at the time of the attacks, where attacked by Microwave Hearing Effect, and their Chronic Headaches are caused by a process known as Cortical Folding and Gyrification which is what left these Secret Service agents sickened with Brain Injuries. [8] If you are willing to grant my Civil Case, Lawsuit, I promise you that my evidence and information, will help the Feds in these other investigations involving these incidents of Microwave Attacks. This news was recently featured on The New York Post, CNN, FOX45BaltimoreNews, American Military News, WBRZ 2 ABC News, The Hill, 9 News.com, The Guardian news, and a few others I have not listed. [9, 10, 11]

**[Please see attached Exhibiton's (17-34) news articles of the White House attacked with Microwave Weapon]** The Feds and the Pentagon are investigating into these attacks on US American Soil right now. The Ears Popping feels like when you're on an airplane, like the result from air pressure. In reality the Ear Popping is due to the Microwave Hearing Effect Pressure on the Cerebral Cortex of the brain using XFDTD Bio-Pro Electromagnetic Stimulation Software developed by Remcom, Inc., located in State College, Pennsylvania. The US Military and US Federal Government are using this technology on American Citizens, and non-Citizen personnel. Our very own US Government is responsible for these attacks and I have substantial evidence to prove such technology exists, and that the US Military has this technology with a 2006 US Army Declassified document from Ft. Meade, Maryland. This is

---

[7] Tinnitus: https: //xcorr.net/2012/05/24/hearing-radio-frequencies/

[8] https://nypost.com/2021/04/29/us-investigating-possible-energy-attack-near-white-house/?
fbclid=IwAR3CfkdtiMe4Gt08QWJFthT7eqI8DpDgyZeBpubm7Hh_CzTObUCYaIBhNI4

[9] https://www.wbrz.com/news/feds-investigate-possibility-of-mysterious-energy-attack-near-white-house/?
fbclid=IwAR0RdLssvJRjuuMauMU3PkJqBWy33aoJW9dKtA1fygAwTPTh9Yuk1JUGLD4

[10] https://edition.cnn.com/2021/04/29/politics/us-investigating-mysterious-directed-energy-attack-white-house/index.html?
fbclid=IwAR29D8j2h9Kcnt8NNsfIzsVlzrZJHOGlXz6W9z27cEJK3UdMQEBRumHo-8w

[11] https://thehill.com/policy/national-security/550898-us-investigating-possible-havana-syndrome-attack-near-white-house?
fbclid=IwAR3F8D5ywPaNt_OmIAUobduBAE0q_wYOZu4EPDv9jFuP2QDDOe5zu2CkaN0

documented on my medical reports I have provided in this complaint. **[ Please See Attached Exhibit 2-3, CT and MRI Scan Medical Report, from Advanced Radiology]** And I have other symptoms as well that I will list later on. I am a non-consensual test subject of the C.I.A, and the US military, and the U.S. Airforce, with one person as a witness (Amy Holem) who is willing to testify, and I suffer from the Havana Syndrome.[12]

This is what the C.I.A., the D.O.D., and the U.S. Airforce are using on me. This is why I'm getting severe Chronic Headaches, inflammation of the Brain, and the other symptoms. My Frontal Lobe, the Cerebral Cortex of my brain are being hit with this XFDTD Electromagnetic Stimulation Software by using a process known as Cortical Folding and Gyrification. The method and or process of Cortical Folding and Gyrification is what is causing my chronic headaches. I'm being attacked by this technology and software. My Chronic Headaches and other symptoms are being caused by the use of this software and technology on myself. (XFDTD Computational Coding Software): XFDTD is an electromagnetic simulation solver. Its features analyze problems in antenna design and placement, biomedical and SAR, EMI/EMC, microwave devices, radar and scattering, automotive radar, and more. The Federal Government and US Military are using Coupled electromagnetic-thermodynamic simulations of microwave hearing effect Applications using the FDTD algorithm. XFDTD Bio-Pro is a specialty version of XFDTD, developed for calculation of the biological effects of electromagnetic fields. The XFDTD method is best effective for penetration of skin tissue, and more specifically Brain Tissue. The US Airforce and DARPA are using the XFDTD Bio-Pro Version electromagnetic software for the calculations of the biological effects of our electromagnetic fields and Coupled electromagnetic-thermodynamic simulations of microwave hearing effect Applications using the FDTD algorithm. The US Army is also using the XFDTD and X-patch method for the microwave Hearing Effect technology. And they are also using the XFDTD method for the Microwave Hearing Effect Technology.  US Army, US Army Research Laboratory, Using the XFDTD and X-patch; ABSTRACT: "This technical report presents numerical simulations of the ultra-wideband (UWB) radar return from a simple room with a human inside, with application to sensing through the wall (STTW) radar scenarios. We use the Finite Difference Time Domain (FDTD) and X-patch modeling techniques to compute the range profiles of the room at specific incidence and observation angles. Our goal is to analyze the electromagnetic phenomenology in operating an UWB radar for STTW applications. At the same time, we are interested in understanding issues specific to these computational techniques as applied to this type of problems, as well as validating X-patch as an accurate tool for modeling general STTW radar scenarios. 15. SUBJECT TERMS: Sensing through the wall, radar, computational electromagnetics.[13] **[Please See Attached Exhibit 4, Declassified US Army Document on FDTD and X-Patch]**

The 2006 Declassified US Army document mentions subjects being tested on at 60 HZ of power frequencies. "In addition, much concern has arisen about the extremely low frequency (60 Hz power frequency) electric and magnetic fields that originate from high-voltage transmission lines, industrial equipment, and residential appliances." The RESIDENTIAL APPLIANCES would include a Home Refrigerator, which is what I have issues with at home. I have to constantly unplug the home refrigerator because of a constant sharp humming sound. [14] **[Please See Attached Exhibit 1, Page 1, 2006 Declassified US Army Document]**

The US Army, and the US Airforce, and the C.I.A. are operating on frequency ranges of up to 2450 MHz or 2.3 GHz to 2.4 GHz. The 13centimeter, 2.3 GHz or 2.4 GHz band is a portion of the UHF (microwave) radio spectrum internationally allocated to amateur radio and amateur satellite use on a secondary basis. The amateur radio band is between 2300 MHz and 2450 MHz, and thereby inside the S-band. I'm being hit with 2.3 GHz or 2.4 GHz or at 2300 MHz or 2450 MHz. "Neural Stimulation of Broad Band Microwave Photons by the change in rotational energy state of protons integral to the neuron membrane of the auditory cortex.

In this invention, the functions of the ear, the cochlear nerve, and the auditory cortex are simulated. Microwaves simulating the mode matrix are inserted directly into the region of the auditory cortex. By this insertion of simulated microwave modes, the normal operation of the entire natural hearing mechanism is simulated."

---

[12] Havana Syndrome: https://en.wikipedia.org/wiki/Havana_syndrome

[13] US Army , XFDTD and XPATCH: https://apps.dtic.mil/sti/pdfs/ADA479592.pdf?fbclid=IwAR2nX7J9sHEPDhIh8h-CQaOwXxwwHXxSd_z5SNsLHM-nWTzouYOJKMO8Beo

[14] Page 1 - https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf?fbclid=IwAR2NRTREuOyoiiX-FJo1IAgYFxlh9r5lZi6dCtJKytn99j0r-4jKTwFLR0M  - Residential Applicances

The XFDTD Bio-Pro Version electromagnetic stimulation software for the calculations of the biological effects of our electromagnetic fields and Coupled electromagnetic-thermodynamic simulations of Microwave Hearing Effect Applications using the FDTD algorithm are also using stimulation of our cerebral cortex with pulsed microwaves in the ranges from 2.3 GHz to 2.4GHz or 2300 MHz to 2400 MHz at the S-Band portion of the UHF (microwave) radio spectrum by stimulating the neural broad band microwave Photons by change in rotational energy state of protons integral to the neruron membrane of the auditory cortex. [15]This is how the US Military and the Federal Government are using the Microwave Hearing Effect on us. "The physical size and shape of the brain/skull cavity, together with the (semi-conductor) properties (conductivity and dielectric constant) of the brain tissue provide an electromagnetic resonant cavity. Specific single frequencies are constructively reinforced so that a number of standing electromagnetic waves, each at its own single electromagnetic frequency in the microwave frequency region, are generated in the brain. Each such standing electromagnetic wave is called a characteristic mode of the brain/skull cavity. Analysis in terms of prolate spheroidal wave functions indicates that transverse electric field components of these modes have maxima in the region of the auditory cortex. This analysis further shows that transverse electric field possess a variation of amplitude with angle in the angular plane (along the vertical dimension of the auditory cortex) and that is dependent only upon the primary mode number. The auditory cortex in the normally functioning mammalian brain is a source of microwave modes. The auditory cortex generates these modes in accordance with the neural stimulation of the auditory cortex by the cochlear nerve. Mode weighting for any one acoustic tone stimulus is given by the amplitude of each mode along the line region of the auditory cortex which is neurally stimulated by that acoustic tone stimulus. A listing of mode weighting versus frequency of acoustic stimulus is called the mode matrix. In this invention, the functions of the ear, the cochlear nerve, and the auditory cortex are simulated. Microwaves simulating the mode matrix are inserted directly into the region of the auditory cortex. By this insertion of simulated microwave modes, the normal operation of the entire natural hearing mechanism is simulated." [16]

This is how the US Military and the U.S. Government are using this Microwave Hearing Effect technology on us in the frequency ranges of 2.3 to 2.4 GHz or 2300 MHz to 24000 MHz at the S-Band radio spectrum frequency ranges. The US Army at Ft. Meade, Maryland does currently operate at the 2450 MHz microwave S-Band radio spectrum frequency range, as stated in the declassified US Army Document from 2006, Department of the US Army. Ft. Meade, Maryland. There was a study to prove that Brain Injury was caused by Microwave Energy. The Diplomats and CIA agents were attacked by Microwave Energy that permanently damaged their brains. "Here we propose mechanisms by which pulsed microwaves may injure brain tissue by transduction of microwave energy into damaging acoustic phonons in brain water. We have shown that low intensity explosive blast waves likely initiate phonon excitations in brain tissues. Brain injury in this instance occurs at nanoscale subcellular levels as predicted by physical consideration of phonon interactions in brain water content." [17] It is highly possible for a victim or a target to be attacked by Microwave energy and to have permanent brain damage as a result of the Microwave Pulsed Energy attacks.

The US Army, and the US Airforce are using VSAT Satellites for Uplink and Downlink frequencies that are in both the C-Band and S-Band in the microwave region of the electromagnetic spectrum for radio frequencies. There are VSAT Satellites for Uplink and Downlink Frequencies. VSAT Satellites are using a downlink of 3.4 GHz to 4.8 GHz. The Uplink transmission is from 5.7 GHz to 7.0 GHz. Its very possible for the U.S. Airforce and US Army to operate at frequencies of 2450 MHz or 2.3 GHz to 2.4 GHz downlink from a VSAT Satellite from Ft. Meade, Maryland, at NSA Headquarters. These Extended frequency ranges are on what is called the C-Band and S-Band in the microwave region. But they are also operating on the S-Band. The Downlink frequencies are received by a VSAT earth receiver station. "Commercial communication satellite uses a frequency band of 500 M Hz bandwidth near 6 G Hz for uplink transmission and another 500 M Hz bandwidth near 4 G Hz for downlink transmission. An uplink of 5.725 to 7.075 G Hz and downlink of 3.4 to 4.8 G Hz is used. Here the extended C-band is used with uplink frequency of 6.9350-6.9465 GHz and downlink frequency of 4.710-4.7215 GHz downlink frequency. Modulation used here is QAM to save the bandwidth.

---

[15] https://patents.google.com/patent/US4858612A/en

[16] https://patents.google.com/patent/US4858612A/en

[17] https://www.frontiersin.org/articles/10.3389/fneur.2020.00753/full

Extended C band is most popular because of less propagation problem. Rain attenuation and sky noise is low at 4 GHz downlink frequency of C band. So, it is possible to build a receiving system. The basic block diagram of an VSAT earth-station Transmitter is as shown in fig 2. The baseband signal from the terrestrial network is processed through modulator and then it is converted to uplink frequency. Finally, it is amplified by high power amplifier and directed towards the appropriate part of antenna. The block diagram of an VSAT earth station receiver is as shown."

The Technology is here and it is very possible for the US Army and the US Airforce to use these uplink and downlink VSAT frequencies in the C-Band and S-Band in microwave region of the radio frequencies spectrum for US Military and Defense applications for the Microwave Hearing Effect and or, the SBIR Phase II US Airforce project known as, Communication via Microwave Auditory Effect. They are very capable of using this technology today. The U.S. Airforce, along with the U.S. Army, D.A.R.P.A and the C.IA. are using the XFDTD Bio-Pro Version electromagnetic stimulation software developed by Remcom, for the calculations of the biological effects of our electromagnetic fields and Coupled electromagnetic-thermodynamic simulations of Microwave Hearing Effect Applications using the FDTD algorithm are also using stimulation of our cerebral cortex with pulsed microwaves in the ranges from the Uplink and Downlink of the VSAT Satellite Frequencies of 2.3 GHz to 2.4GHz or 2300 MHz to 2400 MHz at the S-Band portion of the UHF (microwave) radio spectrum by stimulating the neural broad band microwave Photons by change in rotational energy state of protons integral to the neruron membrane of the auditory cortex, to implicate what is being called the Microwave Hearing Effect, and or the Microwave Auditory Effect technology applications.

The U.S. Military alongside the U.S. Federal government are using the XFDTD Bio-Pro Version electromagnetic stimulation software for the calculations of the biological effects of our electromagnetic fields, along with the use of the VSAT Satellite frequencies of the Uplink and downlink frequencies of 2.3 GHz to 2.4GHz to initiate what is called the SBIR (Small Business Initiative Research), Phase II, Communicating via Microwave Auditory Effect application and implications for U.S. Military and Defense applications.

In 2009, President Obama implemented our current guidance, E.O. 13526, which addressed over-classification, declassification, increased accountability, considerations for the electronic environment, and greater openness and transparency of government to the American people. [18] I am asking if the Judge and Court is willing to also have more openness and transparency of government of the American people in allowing the declassification of such use of Microwave Hearing Effect technology weapons to the public, so that the public can become more aware of such technologies and to help identify people who are indeed victims of such technology as myself.  Is the Judge and this court willing to have more Openness and transparency for the American people and the current American Judicial System?

If you are willing to be more open and more transparent, I would also like to see if its possible to file an appeal with this Judge, and court, in order to have this FOIA approved and the documents that were requested to be Mandatory Declassified? This FOIA has a D.O.D. Regulation, and my cousin Connor Miller is a D.O.D. Analyst. Maybe he can help to release these classified files that are under D.O.D. regulation since he is a D.O.D. analyst. My Cousin Connor Miller works for the D.O.D. as an Analyst and he could maybe help to try and release these classified files, that are currently under D.O.D. regulation. These files of Communication Via the Microwave Auditory Effect are under D.O.D. regulation. My cousin Connor Miller is a D.O.D. analyst. It possible my cousin Connor Miller could help to play a role in the release of these files for Communicating Via. Microwave Auditory Effect.

My cousin is an D.O.D. Analyst, so maybe he could have a Government security clearance to try and help with such declassification of files from this FOIA? The FOIA Case # was 00-0009-HS:  FOIA request dated 27 Sep 99, case number 00-0009-HS, for copies of Communicating Via the Microwave Auditory Effect WEBISTE LINK FOR LETTER OF FOIA DENIED INFO REGARDING US AIRFOCE TECHNOLOGY: https://www.transformation.dk/www.raven1.net/v2s-kohn.htm, I will include a hard copy of this letter: https://www.transformation.dk/www.raven1.net/usafletr.jpg. See U.S. Air Force letter: usafletr.jpg, which states that to reveal details of this project, "could reasonably be expected to cause damage to national security". This can damage national security because they are illegally targeting American Citizens with this technology. I

---

believe in my own opinion and observations that these people are targeting people for the fun of it to torture and harass victims and to use people as lab rats to illegally test out this technology.

Disclosure of Communicating Via the Microwave Auditory Effect could cause DAMAGE to NATIONAL SECURITY: 1. This is in response to your FOIA request dated 27 Sep 99, case number 00-0009-HS, for copies of Communicating Via the Microwave Auditory Effect: Awarding Agency: Dept of Defense SBIR Contract number: F41624-95-C-9007 as specified in your letter.
2. The requested information is fully denied under 5 U.S.C. 552(b)(1), and DoD Regulation 5400.7/Air Force Supplement, paragraph C3.2.1.1, Classified Records because unauthorized disclosure of the requested information could reasonably be expected to cause damage to national security. The information is classified pursuant to Executive Order 12958." [ Please See Attached Exhibit 11, 1995, Department of Defense, U.S. Airforce SBIR Contract # F41624-95-C-9007, on Communicating Via Microwave Auditory Effect, US Airforce and funded by DARPA]

D.O.D. Regulation, and my cousin Connor Miller is a D.O.D. Analyst. Maybe he can help to release these classified files that are under D.O.D. regulation since he is a D.O.D. analyst. My Cousin Connor Miller works for the D.O.D. as an Analyst and he could maybe help to try and release these classified files, that are currently under D.O.D. regulation. These files of Communication Via the Microwave Auditory Effect are under D.O.D. regulation. My cousin Connor Miller is a D.O.D. analyst. It possible my cousin Connor Miller could help to play a role in the release of these files for Communicating Via. Microwave Auditory Effect. I am asking if the Judge and Court is willing to also have more openness and transparency of government of the American people in allowing the declassification of such use of Microwave Hearing Effect technology weapons to the public, so that the public can become more aware of such technologies and to help identify people who are indeed victims of such technology as myself.  Is the Judge and this court willing to have more Openness and transparency for the American people and the current American Judicial System?  I also want the Judge and Court to recognize these defendants, the CIA, the US Airforce, the DOD, Connor Miller, and John Miller, as responsible and guilty of negligence for the use of such technology to torture myself, during their time of employment under the guidance of the Federal Government and US Military. I want these defendants to be held responsible for negligence of using this technology to mentally and physically torture myself while in employment under the federal government and or US Military. During their employment in the federal government and or US Military these defendants are aware of such technology that is being used to torture myself. The C.I.A., the U.S. Airforce, the D.O.D., my cousin Connor Miller, and my Uncle Ret. Vice Admiral, U.S. Navy, John Miller Responsible for my injuries of the Havana Syndrome which list symptoms that includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure) Chronic Headaches, nausea, and Tinnitus as a result of the attacks from this kind of technology.

## Factual Allegations

1.The first defendant is the C.I.A. Inspector General, Inspectors General Office of the Central Intelligence Agency, C.I.A., located at 1000 Colonial Farm Rd., in Langley, McClean, VA. The Central Intelligence Agency has been obsessed with mind control for decades. The U.S. Military alongside the C.I.A. are using what is called the XFDTD Bio-Pro Version electromagnetic stimulation software for the calculations of the biological effects of our electromagnetic fields, along with the use of the VSAT Satellite frequencies of the Uplink and downlink frequencies of 2.3 GHz to 2.4GHz to initiate what is called the SBIR (Small Business Initiative Research), Phase II, Communicating via Microwave Auditory Effect application and implications for U.S. Military and Defense applications. The C.I.A. are responsible for my injuries of Havana Syndrome which list symptoms that includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure) as a result of these Directed Energy Weapon Microwave attacks from this kind of technology. The C.I.A. are also the ones responsible for attacking the U.S. Diplomats in Cuba, and in China. And the C.I.A. are also responsible for attacking the Secret Service agents at the White House in Nov. 2020 with this same technology of Microwave Hearing Effect. The U.S. Diplomats and the Secret Service agents are being attacked by this Microwave Weapons technology is because it is all based on Political issues and differences that the C.I.A. disagrees with. Why else

would U.S. Diplomats and U.S. Secret Service agents get attacked by Directed Energy Weapons? It's because the C.I.A. dislikes the political differences going on in the world today.

2. The second defendant is a family member my cousin, Connor Miller (DOD Analyst). My cousin Connor Miller, works for the DOD as an Analyst, and he also has worked at the Joint Non-Lethal Weapons Directorate in Quantico, V.A. in 2011. My Cousin does have government security clearance and training in such Microwave Hearing Effect Weapons Technologies. My cousin does have training in Non-lethal Weaponry technology. My cousin may be testing this Non-lethal Weapons technology out on myself, along with this Non-Lethal Weapons training, and the Microwave Hearing Effect technology. My Cousin Connor was also in the U.S. Army, and has worked at the US Army base at Ft. Belvoir in Virginia. I have a US Army 2006 declassified document that specifically mentions this Microwave Hearing Effect Technology. Connor Miller is my cousin and a family member from my Mothers side. It's a small chance that my Cousin and Uncle are directly involved somehow with this weapons testing system on myself. My cousin Connor Miller works for the D.O.D., and there is a F.O.I.A. that can possibly be released under the regulation of the D.O.D. These files cannot be released without the approval of the D.O.D. And since my Cousin Connor Miller has worked at the Joint Non-Lethal Weapons, Directorate in Quantico, V.A. he knows about this Microwave Hearing Effect technology non-lethal weaponry. There is a Good Chance that my own Cousin Connor being in the U.S. Army and working fully for the DOD as an Analyst is directly involved with using this Microwave Hearing Effect technology on myself since about 2008. A lot of evidence that I have points towards my Cousin Connor Miller, being a prime suspect, and Defendant in this case. There are also classified files on myself in what is called the 'DATA ROOM', at Quantico, V.A. I have gotten this information from a good friend, whom I am not allowed to disclose his information to no matter what. There is evidence of myself and this technology in classified files, in the 'DATA ROOM", in Quantico, V.A. For safety and security reasons I am not allowed to say how I got this information and from whom. There is a very good chance that my cousin Connor Miller knows directly about this technology and who is using it. **[Please see attached files Exhibit 5 regarding my cousin Connor Miller]**

3. The third defendant is the Inspector General, Inspectors General Office of the D.O.D. I am suing them because my cousin Connor Miller works for the DOD as an analyst, so if he is doing this to myself with such technology, then he is guilty of Negligence as operating as a Federal Employee under the direction and authorization of the D.O.D., Department of Defense.

4. The fourth defendant is the U.S. Airforce Inspector General, Inspectors General Office of the U.S. Airforce. I do have some substantial evidence and even one witness by the name of Amy Holem, who is willing to testify in court on my behalf against the U.S. Air Force. I have provided a 13-page written report as evidence from Amy Holem as evidence that I am a non-consensual test subject possibly using BCI, Brain Computer Interface, to torture myself. I do have evidence that the US Airforce is using such technology as the Microwave Hearing Effect, and or Microwave Auditory Effect I have proof that the U.S. Airforce is using the XFDTD Computational Coding Stimulation Software developed by REMCOM and funded by DARPA to create and or develop the technology known as the Microwave Hearing Effect, or Microwave Auditory Effect technology. I do have evidence against the U.S. Airforce and even one witness who is willing to testify for myself in court against the U.S. Airforce. **[ Please See Attached Exhibit 7, WRITTEN REPORT FROM AMY HOLEM AS EVIDENCE AND EXPERT WITNESS]**
**[ Please See Attached Exhibit 8, Page 3, Declassified US Airforce Document on FDTD Computational Coding on Microwave Auditory Effect]**

6.My severe Chronic Headaches and Tinnitus (artificial tinnitus) started in Maryland. My Chronic Headaches and Tinnitus are not stress related, and are a direct result of the C.I.A. alongside the U.S. Airforce attacking myself with a microwave weapon or some sort of 'Sonic Weapon', which was used to recently attack the Diplomats, and the U.S. Department of State does recognize this as a result of what happened to the Diplomats. I do have one witness, by the name of (Amy Holem) who is willing to testify in court and has some evidence that the U.S. Airforce is involved in doing this to myself. I do have medical documents, Reports and a recent CT Scans and even an MRI scan of my brain, showing the Headaches that I have been getting recently. I suffer from Inflammation and even Chronic Headaches. I have other Symptoms as well that I will include in this typed up complaint. The Chronic Headaches and Inflammation are being caused by attacks from a Directed Energy

Weapon, D.E.W. using the 'Microwave Hearing Effect Technology', and or the 'Frey Effect, resulting myself to have the 'Havana Syndrome'. [19]

**7.** In the years that I have been mentally and physically tortured, the defendant failed to stop torturing myself with this technology known as 'Microwave Hearing Effect', and has continuously attacked and harassed myself with this technology causing myself to suffer Chronic Headaches and Inflammation of the brain that are the same symptoms as what is known as 'Havana Syndrome'. I will provide to you Medical Reports of my recent CT and MRI Scans that I have done at Advanced Radiology.

**8.** The C.I.A. and the U.S. Airforce, and a project, funded by DARPA, called Communicating Via the Microwave Auditory Effect are using a technology and software known as XFDTD Electromagnetic Stimulation Computational Coding software, developed by a company known as RECOM, a software company based at State College, Pennsylvania, but that is largely funded by DARPA. I became friends with a Prof. William Bruno, who has worked on this DARPA Project with Prof. Om Gandhi. He contacted me by email, at first because I contacted a Prof. Cynthia Furse, a colleague of his, who worked on the project with him. I than became friends with Prof. William Bruno on Facebook, to ask him about this DARPA Project that he worked on, and this Microwave Hearing Effect technology that they were working on.

This project and REMCOM software are developed by DARPA, but used largely by the Central Intelligence Agency, C.I.A., and the U.S. Airforce. This software is used for the Microwave Hearing Effect (MHE) for Federal and US Military Applications and Implications. The C.I.A. uses this XFDTD Computational Coding Software. [20] Remcom Inc., 315 S Allen St., Suite 416, State College, P.A. 16801. Remcom is located in Allenway, P.A..Remcom supplies XFDTD software for commercial and the U.S. government, like DARPA. Remcom uses products for Antennas and in US Military and Defense applications.

**9.** As a result of my mental and physical torture of the Microwave Hearing Effect (MHE) Technology, the plaintiff sustained a serious injury and diagnosis that resulted in what is known as the 'Havana Syndrome': injuries of Havana Syndrome which list symptoms that includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure) as a result of these Directed Energy Weapon Microwave attacks from this kind of technology. This is the same technology that has recently attacked the U.S. Diplomats, and the U.S. Secret Service agents at the White House, in November, 2010.

**10. Please see attached MRI and CT reports and scans. [ Please See Attached Exhibit 2-3, CT and MRI Scan Report from Advanced Radiology]**
-**Medical Reports: I have medical reports and recent CT and MRI Scans to prove that my brain has Thermoelastic Expansion and this specifically causes the Inflammation of my brain, and the Chronic Headaches. This is what is causing myself to have the 'Havana Syndrome I will show you my medical reports and CT and MRI scans that have and my CT and MRI brain scan images.** "At this time, virtually all investigators who have studied the phenomenon now accept the THERMOELASTIC EXPANSION of the BRAIN, the pressure wave of which is received and processed by the Cochlear microphonic system, to be the mechanism of acoustic perception of short RF Pulses. One study (in 1975) using human volunteers, identified the threshold energy of microwave-auditory responses in humans as a function pulse width for 2450 MHz radiofrequency energy. It is also found that about 40 J/cm2 incident energy density per pulse was required. [21] Scientists have determined the threshold energy level for human observers exposed to pulsed 2450-MHz fields (0.5-to 32micron pulse widths). They found that regardless of the peak of the power density and the pulse width, the per-pulse threshold for a normal subject is near 20mJ/kg. The average elevation of brain temperature associated with a just-perceptible pulse was estimated to be about $5 \times 10-6$degree C. [22]Signals can be transmitted long distances (hundreds of meters) using current technology. Longer distances and more sophisticated signal

[19] https://arxiv.org/ftp/arxiv/papers/2010/2010.02397.pdf

[20] https://arxiv.org/ftp/arxiv/papers/2010/2010.02397.pdf

[21] Page 6- https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf?fbclid=IwAR2NRTREuOyoiiX-FJo1IAgYFxlh9r5lZi6dCtJKytn99j0r-4jKTwFLR0M

types of signals will require more bulky equipment, but it seems possible to transmit some type of signals at closer ranges using man-portable equipment."[23] My Frontal Lobe, the Cerebral Cortex of my brain are being hit with this XFDTD Electromagnetic Stimulation Software by using a process known as Cortical Folding and Gyrification. This is what is causing my headaches. I'm being attacked by this technology and software. My Chronic Headaches and other symptoms are being caused by the use of this software and technology on myself. (XFDTD Computational Coding Software): XFDTD is an electromagnetic simulation solver. Its features analyze problems in antenna design and placement, biomedical and SAR, EMI/EMC, microwave devices, radar and scattering, automotive radar, and more. The Federal Government and US Military are using Coupled electromagnetic-thermodynamic simulations of microwave hearing effect Applications using the FDTD algorithm. XFDTD Bio-Pro is a specialty version of XFDTD, developed for calculation of the biological effects of electromagnetic fields. The XFDTD method is best effective for penetration of skin tissue, and more specifically Brain Tissue. The function pulse width for 2450 MHz radiofrequency energy of microwave hearing effect, according to the US Army, at Ft. Meade, Maryland, it is possible for these signals to travel and to be transmitted over longer distances. The software and the XFDTD computational coding developed by Remcom, a military and defense software-based company in Pennsylvania, makes it very possible to transmit these RF Microwave Hearing Effect signals over longer distances[24]. The US Airforce and DARPA uses this Electromagnetic Software of XFDTD Computational Coding and the Remcom technology because of its Antenna applications to bio-hack the field penetration into Biological tissues of the Human Brain and Body. Remcom's products are used for Antenna design. The XFDTD method is best effective for penetrating skin tissue and most especially Brain tissue. "Signals can be transmitted long distances (hundreds of meters) using current technology. Longer distances and more sophisticated signal types of signals will require more bulky equipment, but it seems possible to transmit some type of signals at closer ranges using man-portable equipment." [25] These signals can be transmitted thanks to the Remcom Antenna product applications that are used for Military and Defense applications. [26] **[Please See Attached Exhibit 1, Page (6-8), 2006 Declassified US Army Document on Microwave Hearing Effect]**

## Factual Allegations Continued:

**11.** Proof that US Airforce and DARPA are involved: The XFDTD Method penetrates Biological Tissue. This method has been shown the most effect for penetrating of Biological Tissues and Remcom products are used for Antennas and Military and Defense applications. "The FDTD method has been shown to be the most efficient approach and provides accurate results of the field penetration into biological tissues." [27] They use this XFDTD Software for Microwave Hearing Effect Technology. Military and Defense Applications, "Bio-Pro XFDTD, Remcom's products are used for antenna design. Remcom's products are used for antenna design, bio-EM effects, MRI, microwave circuits, RFID, military and defense applications. The FDTD method has been shown to be the most efficient approach and provides accurate results of the field penetration into biological tissues." [28] The US Airforce and DARPA uses this Electromagnetic Software of XFDTD Computational Coding and the Remcom technology

[22] Page 7 https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf?fbclid=IwAR2NRTREuOyoiiX-FJo1IAgYFxlh9r5IZi6dCtJKytn99j0r-4jKTwFLR0M

[23] Page 8 https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf?fbclid=IwAR2NRTREuOyoiiX-FJo1IAgYFxlh9r5IZi6dCtJKytn99j0r-4jKTwFLR0M

[24]  https://inis.iaea.org/.../NCL.../ Public/45/114/45114790.pdf-, Remcom, State College, PA

[25] Page 8 https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf?fbclid=IwAR2NRTREuOyoiiX-FJo1IAgYFxlh9r5IZi6dCtJKytn99j0r-4jKTwFLR0M

[26] https://www.remcom.com/xf-fdtd-method

[27] https://www.remcom.com/xf-fdtd-method

[28] https://www.remcom.com/xf-fdtd-method

because of its Antenna applications to bio-hack the field penetration into Biological tissues of the Human Brain and Body.

This is proof here that the US Airforce uses this XFDTD Software by Remcom. Microwave Induced Auditory Effects based on FDTD type computations and or algorithms. "Page 3: 2. Other phenomena of interest are auditory effects caused by microwave- induced thermo-acoustic waves [11]. Conventionally, physical insight and numerical estimates of microwave-induced auditory effects were largely based on FDTD type computations [12, 13, 14]." US Airforce Office of Scientific Research. The US Airforce is using the FDTD type computations because it is most effective for penetrating Biological Tissue and the Microwave-Induced auditory effects that are based on the FDTD type computations are used by Remcom products that are used for Antennas and US Military and Defense applications. US Airforce: https://apps.dtic.mil/dtic/tr/fulltext/u2/a478950.pdf[29][ **Please See Attached Exhibit 8, Page 1-3, 2006 Declassified US Airforce Document on FDTD Computational Coding on Microwave Auditory Effect]**

"Microwave Hearing Effect: Cochlea as a Demodulator for Pulsed Microwaves", this is what Tinnitus is. [30]The C.I.A. and the US Airforce use these FDTD Computational Coding's for the (MHE). The Cochlea is the main structure in the human ear that helps Tinnitus to become fully Functional. **[Please See Attached Exhibit 9, on Microwave Hearing Effect and Cochlea as Demodulator for Pulsed Microwaves].** The spiral structure of the Cochlea picks up these incoming waves and demodulates it due to its directional conductivity and a net voltage is induced which explains the audible 'clicks' as observed in MHE. Further, the maximum Electromagnetic absorption is observed near the side of the head where the cochlea is located.[31]

The C.I.A. is operating alongside the U.S. Airforce using this FDTD Computational codings software developed by REMCOM to use the (MHE) to remotely torture innocent Victims of this technology. "A powerful Electromagnetic simulation software XFDTD developed by Remcom is used in our study. It used the Finite Domain Time Difference method to find approximate solutions to Maxwell's Wave Equations and can find results for a wide range of frequencies from a single run." This Electromagnetic Stimulation Software which is known as XFDTD software is developed by a Corporation known as REMCOM. This software is an US Airforce application and it is Largely funded by DARPA, Defense Advanced Research Project Agency. "We thank DARPA for funding the initial phase of our project without which we could not have started. We sincerely thank Doug from the IT department at University of Utah for his timely arrangement of the computational resources and maintenance. Dr Cynthia Furse and Dr Lazzi for their valuable suggestions and inputs."[32] **[ Please See Attached Exhibit, on Microwave Hearing Effect and Cochlea as Demodulator for Pulsed Microwaves]**

Both the US Military and US Federal government agencies and of entities use this XFDTD Software for the applied application of the technology known as (MHE) Microwave Hearing Effect Technology. "Also, it's availability in. vox, raw and. mat formats make it very

[29] https://apps.dtic.mil/dtic/tr/fulltext/u2/a478950.pdf

[30] https://arxiv.org/ftp/arxiv/papers/2010/2010.02397.pdf -Sandeep Narasapura Ramesh and Om P Gandhi, Member, IEEE.

[31] https://arxiv.org/ftp/arxiv/papers/2010/2010.02397.pdf - Microwave Hearing Effect: Cochlea as a Demodulator for Pulsed Microwaves

Sandeep Narasapura Ramesh and Om P Gandhi, Member, IEEE

[32] https://arxiv.org/ftp/arxiv/papers/2010/2010.02397.pdf-Funded by DARPA

convenient to import into Computational Electromagnetic solvers and also custom FDTD codes." [33] "We solve our problem using two different techniques which we term them as Forward and Reverse Methods. In the Forward problem, we incident the Pulsed Microwave radiation onto the Human head and compute the Electric Field concentration at the stapes region of the human cochlea. Further, using the number of voxels in the stapes region we can calculate the voltage induced at this point. This is defined to be our forward problem. In the Reverse problem, we place a voltage source in the stapes region of the Cochlea. We excite the source in a sinusoidal fashion at the frequency of interest and using the Near to Far Field Algorithm compute the Far field Gain. Using the equation for open circuit voltage from Antenna Theory as mentioned below, Input impedance and an assumed Incident power density we can calculate the voltage induced at the stapes region of the Cochlea.

In the above equation:

1. S|inc is the Incident Power Density
2. G is the far field realized Gain
3. Ra is the Input Impedance at the source

According to the reciprocity theorem in Antenna Theory which is based on time re-versity and conservation of energy, the voltages computed using both the Forward and Reverse techniques should be the same. We will revisit this method several times in the following sections of the paper." [34] **[ Please See Attached Exhibit 9, on Microwave Hearing Effect and Cochlea as Demodulator for Pulsed Microwaves]**

The US AirForce PDF also mentions the FDTD computational Codes[35]. Title: "Numerical Analysis of the Microwave Auditory Effect: A typical example of the pressure wave which develops in the cochlea. Thermal Elastic magnetic pressure from microwaves at the inner ear in the Cochlea. XFDTD Software computational algorithms developed by REMCOM and for solving Maxwell's curl equations are also used in this 'Numerical Analysis of the Microwave Auditory Effect'. [36] They use this XFDTD Software for Microwave Hearing Effect Technology, Military and Defense Applications and Bio-Pro XFDTD. "Remcom's products are used for antenna design." Both the Pro and Bio-Pro versions of XFdtd include XStream® GPU Acceleration, 32- or 64-bit analysis module, geometric modeler and postprocessor, shared memory multiprocessor (MPM), XACT Accurate Cell Technology®, and a comprehensive variety of 3D CAD import modules. The Bio-Pro version also includes SAR capability,VariPose® mesh repositioning, and Birdcage Tool. XFdtd users without an active Remcom Professional Support contract can upgrade to the latest version of Release 7 by contacting sales(at)remcom(dot)com. About Remcom: Remcom provides innovative electromagnetic simulation software and consulting services. XFdtd, the company's full wave 3D EM solver, simplifies the analysis of complex EM problems and leads the market in FDTD-based modeling and simulation. Remcom's products are used for antenna design, bio-EM effects, MRI, microwave circuits, RFID, military and defense applications, EMC/EMI, and more. Remcom is committed to its customers' unique needs, offering flexible licensing options for installations of all sizes as well as custom engineered solutions.[37]

[33] https://www.remcom.com/xf-fdtd-method

[34] https://arxiv.org/ftp/arxiv/papers/2010/2010.02397.pdf-Funded by DARPA

[35] US Airforce: https://apps.dtic.mil/dtic/tr/fulltext/u2/a478950.pdf

[36] https://inis.iaea.org/.../NCL.../_Public/45/114/45114790.pdf

[37] https://www.eejournal.com/industry_news/20130806-05/...

11. The CIA, the US Airforce and DARPA is using the XFDTD Computational Coding method because this is best effect for Penetration of Tissue. They can easily penetrate the Brain Tissue using the XFDTD method to stimulate the brain for Thermal Expansion of the human cerebral by a technique known as Cortical Folding. They are using a technique known as Cortical Folding, but it is also known by a process of Gyrification. Gyrification is basically the process of forming the characteristic folds of the cerebral cortex. Thermal Expansion for Stimulation and Cortical Folding Technique to stimulate the human cerebral. [38]

My Medical Reports: I have medical reports and recent CT and MRI Scans to prove that my brain has Thermoelastic Expansion and this specifically causes the Inflammation of my brain, and the Chronic Headaches. This is what is causing myself to have the 'Havana Syndrome I will show you my medical reports and CT and MRI scans that have and my CT and MRI brain scan images.

"At this time, virtually all investigators who have studied the phenomenon now accept the THERMOELASTIC EXPANSION of the BRAIN, [on my CT and MRI report this is what is causing the Inflammation of my brain is because of the thermoelastic expansion] the pressure wave of which is received and processed by the Cochlear microphonic system, to be the mechanism of acoustic perception of short RF Pulses. One study (in 1975) using human volunteers, identified the threshold energy of microwave-auditory responses in humans as a function pulse width for 2450 MHz radiofrequency energy [this is causing the thermal elastic expansion and the inflammation of my brain]. It is also found that about 40 J/cm2 incident energy density per pulse was required. Scientists have determined the threshold energy level for human observers exposed to pulsed 2450-MHz fields (0.5-to 32micron pulse widths). They found that regardless of the peak of the power density and the pulse width, the per-pulse threshold for a normal subject is near 20mJ/kg. The average elevation of brain temperature associated with a just-perceptible pulse was estimated to be about 5x10-6degree C. Signals can be transmitted long distances (hundreds of meters) using current technology.

Longer distances and more sophisticated signal types of signals will require more bulky equipment, but it seems possible to transmit some type of signals at closer ranges using man-portable equipment."[39]

**[Please See Attached Exhibit 1, Page 1, 2006 Declassified US Army Document]**

In Reference to the thermal Expansion, they are using Thermal Expansion for Stimulation and Cortical Folding." In this paper, we propose a mechanical method based on thermal expansion to simulate the development of human cerebral cortical folding." They are using Thermal Expansion and Cortical Folding," then the thermal expansion coefficient can simulate the brain tissue growth rate."

They are using the XFDTD Computational Coding method because this is best effect for Penetration of Tissue. They can easily penetrate the Brain Tissue using the XFDTD method to stimulate the brain for thermal Expansion of the human cerebral by a technique known as Cortical Folding. They are using a stimulation software known as ANSYS for the thermal elastic expansion and along with the XFDTD Computational Coding Software developed by Remcom. "The mechanical module in the commercial software ANSYS is adopted to carry out the simulation. "[40]

## Count I: Negligence of a C.I.A. Federal Employee

Plaintiff incorporates by reference the facts alleged in page 1.
Defendant, the C.I.A., is using a form of Microwave Hearing Effect technology to torture and harass the plaintiff. By failing, to stop the mental and physical torture that had accumulated for years, the defendant has broken the plaintiffs Human Civil Rights. The defendant's negligence was the direct and proximate result of the plaintiff's injuries, of the 'Havana Syndrome'. My list of symptoms include: Brain injuries and includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain,

[38] https://en.wikipedia.org/wiki/Gyrification

[39] https://legislature.mi.gov/.../HCT_OVER-12-2-2014-4(Bob...

[40] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6374467/

Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure). The Chronic Headaches are caused by a process known as Cortical Folding and Gyrification which is what caused myself to have brain injuries of Chronic Headaches and Inflammation of the Brain.

## Count II: Negligence of a D.O.D. Federal Employee

Plaintiff incorporates by reference the facts alleged in page 1- paragraph 3.

Defendant, Connor Miller, the D.O.D. Analyst, is using a form of Microwave Hearing Effect technology to torture and harass the plaintiff. By failing, to stop the mental and physical torture that had accumulated for years, the defendant has broken the plaintiffs Human Civil Rights. The defendant's negligence was the direct and proximate result of the plaintiff's injuries, of the 'Havana Syndrome', and other with Brain injuries and includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure). My Chronic Headaches are caused by a process known as Cortical Folding and Gyrification which is what left myself sickened with Brain Injuries, of Chronic Headaches, and Inflammation of the Brain. Connor Miller, is a DOD Analyst, and was also a Joint Non-lethal Weapons Directorate, in Quantico, VA., in and or around 2010-2012 in Quantico, VA.. Connor Miller was a JNLWD.

## Count III: Negligence of a US Airforce, Military Employee

Plaintiff incorporates by reference the facts alleged on page 1.

Defendant, the U.S. Airforce., is using a form of Microwave Hearing Effect technology to torture and harass the plaintiff. By failing, to stop the mental and physical torture that had accumulated for years, the defendant has broken the plaintiffs Human Civil Rights. The defendant's negligence was the direct and proximate result of the plaintiff's injuries, of the 'Havana Syndrome', with Brain injuries and includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure). These Secret Service agents working at the White House have the same exact Symptoms that I do. The Secret Service agents working at the White House at the time of the attacks, where attacked by Microwave Hearing Effect, and their Chronic Headaches are caused by a process known as Cortical Folding and Gyrification which is what left these Secret Service agents sickened with Brain Injuries.

# KNOW FACTS

My name is Ryan M. Conlon. Non-consensual test subject suffering from the Havana Syndrome caused by the C.I.A., from Microwave Attacks, and human Radiation Experimentation. The Havana Syndrome is caused by Microwave attacks from a Microwave Directed Energy Weapon. My list of symptoms include: Brain injuries and includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure). The Chronic Headaches are caused by a process known as Cortical Folding and Gyrification which is what caused myself to have brain injuries of Chronic Headaches and Inflammation of the Brain.

I want the Judge and this court to hold the C.I.A., the U.S. Airforce, D.O.D., my cousin Connor Miler, and my Uncle John Miller as responsible for the physical torture of myself using this technology. I am a Non-Consensual test subject of the US Government, US Military and the C.I.A.

This is documented on my medical reports I have provided in this complaint. And I have other symptoms as well that I will list later on. I am a non-consensual test subject of the C.I.A, and the US military, and the U.S. Airforce, with one person as a witness who is willing to testify, and I suffer from the Havana Syndrome. I do have medical documents, Reports and a recent CT Scans and even an MRI scan of my brain, showing the Headaches that I have been getting recently. I suffer from Inflammation of the Brain and Chronic Headaches. My list of symptoms include: Brain injuries and includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure). The Chronic Headaches are caused by a process known as Cortical Folding and Gyrification which is what caused myself to have brain injuries of Chronic Headaches and Inflammation of the Brain.

I have other Symptoms as well that I will include in this typed up complaint. The Chronic Headaches and Inflammation are being caused by a process known as Cortical Folding and Gyrification by attacks from a Directed Energy Weapon, D.E.W. using the 'Microwave Hearing Effect Technology', and or the 'Frey Effect'. This is the same exact technology that the U.S. Diplomats and the Secret Service agents are being attacked with.

What is the Microwave Hearing Effect? And or what is the Frey Effect?
"Abstract—The phenomenon of Microwave Hearing Effect (MHE) can be explained by assuming the inner ear, specifically the Human Cochlea to act as a receiving antenna for pulsed Microwaves. The spiral structure of the Cochlea picks up these incoming waves and demodulates it due to its directional conductivity and a net voltage is induced which explains the audible 'clicks' as observed in MHE. Further, the maximum Electromagnetic absorption is observed near the side of the head where the cochlea is located. HEN A person's head is exposed to a strong (but sub thermal) level of modulated or pulsed microwaves, sound is heard, often as clicks or a buzz depending on the pulse rate. This effect is termed as Microwave Hearing Effect and was first observed by military personnel working in close distances near RADAR facilities. The effect was first observed and brought to notice of the scientific community by a neuroscientist Allan Frey and hence it's also known as Frey effect. [1] Of the competing theories explaining the mechanism of Microwave Hearing Effect, some prominent researchers have favored the thermo-elastic stress model [2], in which sudden heating in the order of 10-6 degrees C, cause brain tissue to expand suddenly, resulting in an acoustic wave to be heard at the ear. Disagreements have remained, however, as the theory did not explain why some researchers could not detect the normal "microphonic" electrical signals from the cochlea that would be expected (microphonics were later seen, but only under somewhat different conditions), nor could it explain why a 2in square metal shielding could block the effect, but only if it was placed in front of the ear. The study performed in the paper explains the phenomenon of MHE in a new light. We hypothesize the spiral structure of Cochlea to act as a receiving antenna which picks up the pulsed Microwave radiation and demodulates because of its directionally dependent conductivity. The net voltage induced as result of the demodulation is transmitted to the auditory nerve and further processed as audible clicks."[41] Tinnitus is caused by Microwave Pulses attacking the Inner Ear, and the Human Cochlea that act as a receiving antenna for pulsed Microwaves. The Spiral structure of the Cochlea picks up these incoming waves and demodulates it due to its directional conductivity and a net voltage is induced which explains the audible 'clicks' as observed in Microwave Hearing Effect (MHE) and this causes Tinnitus. [42] **[ Please See Attached Exhibit 9, Microwave Hearing Effect: Cochlea as a Demodulator for Pulsed Microwaves]**.

The US Airforce has shown special interest and experiments into the Microwave Hearing Effect. The US Air Force Office of Scientific Research: "Page 3, 2. Other phenomena of interest are auditory effects caused by microwave- induced thermo-acoustic waves [11]. Conventionally, physical insight and numerical estimates of microwave-induced auditory effects were largely based on FDTD type computations [12, 13, 14]. US Airforce Office." [43] **[ Please See Attached Exhibit 8, Page 3, 2006 Declassified US Airforce Document on FDTD Computational Coding on Microwave Auditory Effect]**

2–10 µW/cm2 (Power Density Level), Microwave Hearing Effect or (MHE): The Microwave Hearing Effect occurs at a certain Exposure Limit from non-ionizing radiation. **2–10 µW/cm2** Exposure Limit, Power Density Level at which the Microwave Hearing Effect Occurs. The Symptoms being associated of being attacked by this Microwave Hearing Effect technology start at a Power Density Level of 1.0 µW/cm2. The Symptoms at this exposure power density level of **1.0 µW/cm2**are as follows: Headache, dizziness, irritability, fatigue, weakness, insomnia, chest pain, difficulty breathing, indigestion (humans—occupational exposure). I will list my symptoms later on in this typed up Lawsuit. [44]

I have no injuries to my head and no outside trauma. My list of symptoms include: Brain injuries and includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the

[41] https://arxiv.org/ftp/arxiv/papers/2010/2010.02397.pdf
[42] https://arxiv.org/ftp/arxiv/papers/2010/2010.02397.pdf
[43] US Airforce Office of Scientific Research
https://apps.dtic.mil/dtic/tr/fulltext/u2/a478950.pdf
[44] 2–10 µW/cm2 Exposure Limit in Bulgaria, Hungary, Russia and Switzerland as at 2001, cited by A. Firstenberg 2001.
Microwave Hearing Effect Occurs at 2–10 µW/cm2 Exposure Limit
Power Density Levels, https://www.ofcom.org.uk/.../cavi_society_attachment.pdf

Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure). The Chronic Headaches are caused by a process known as Cortical Folding and Gyrification which is what caused myself to have brain injuries of Chronic Headaches and Inflammation of the Brain. The Headaches are medically documented on medical reports from my Doctor, from Advanced Radiology, and even the CT Scan, and MRI reports.

I will provide copies of these to the Judge and the courtroom. My headaches, and tinnitus that are being caused by the Havana Syndrome and are results of attacks from a Microwave Hearing Effect Technology.

It's the same technology that was recently used to attack the Diplomats in China, Cuba, and even the C.I.A. agents in Moscow, and Australia. The Diplomats and C.I.A. agents have all been attacked with the same exact technology of Microwave Hearing Effect technology as I am currently right now. They suffer from Chronic Headaches and the Havana Syndrome. And recently there was another law added as a result of the Diplomats being attacked by a Microwave Weapon. This law was added by the Department of State, under the United States Code, and in a specific section of the Foreign Affairs Manual on May 28, 2020. This new law, was added and is in the 3 FAM 3660 Compensation for Certain Injuries. The list of injuries includes Tinnitus and headaches.

This law as added as a Public Law, and under the United States Code as a recognized Public Law. These Injuries and Symptoms are recognized as of June 26, 2018, based on the University of Pennsylvania. Which I will list below.

Please don't be ignorant and negligent of such Public Laws as listed below:
A section in the Foreign Affairs Manual was added on May 28, 2020 (see 3 FAM 3660 Compensation for Certain Injuries). It is based on Public Law 116-94, Division J, Title IX, section 901, where: "Congress allows the Secretary of State to pay benefits to certain Department of State personnel under chief of mission authority who incurred a qualifying injury and are receiving benefits under section 8105 or 8106 of Title 5, United States Code. It further authorizes the Secretary of State to pay for the costs of diagnosing and treating a qualifying injury of a covered employee, as defined in 3 FAM 3662, that are not otherwise covered by chapter 81 of Title 5, United States Code (the Federal Employees Compensation Act (FECA)) or other provision of Federal law; and to pay the costs of diagnosing and treating a qualifying injury of a covered individual or covered dependent, as defined in 3 FAM 3662, that are not otherwise covered by Federal law."
3 FAM 3660 also includes definitions on who are covered employees, or covered individuals, what's a

"qualifying injury", and the description of recognized and eligible qualifying injuries as of June 26, 2018.[45]
3 FAM 3662  DEFINITIONS
(CT:PER-994;  05-28-2020)
(Uniform State/USAID/USAGM/Commerce/Foreign Service Corps-USDA)
(Applies to Foreign Service and Civil Service Employees)
Qualifying injury: The term "qualifying injury" means the following:
(1) With respect to a covered dependent, an injury listed in (3) below incurred

    (a) during a period in which a covered dependent is accompanying an employee to an assigned duty station in the Republic of Cuba, the People's Republic of China, or another foreign country designated by the Secretary of State under 3 FAM 3666.

(3) Recognized and eligible qualifying injuries, as of 26 June 2018, based on the University of Pennsylvania-identified criteria, include the following:

sharp localized ear pain;
dull unilateral headache;
tinnitus in one ear; ------ I have tinnitus in both ears which is not Tinnitus but misdiagnosed as RF.
vertigo,
visual focusing issues;

[45] https://diplopundit.net/2021/03/19/snapshot-qualifying-injury-under-3-fam-3660-compensation-for-certain-injuries/?fbclid=IwAR1KaQb1ONmplPFPw5FDR1i_MVJnp8LvdfhN0qAaB3z4MK1iB-Er3Gv43PI

disorientation;
nausea; ----------I did tell my Doctor that I get nausea along with Headaches and she said they are current as a
symptom with the headaches
extreme fatigue;
cognitive problems, including difficulty with concentration, working memory, and attention;
recurrent headache;  ---------I have my Headaches Medically Documented
high-frequency unilateral hearing loss;
sleep disturbance;
and imbalance walking.

Tinnitus, nausea, cognitive problems, including difficulty with concentration, working memory, and attention;
and recurrent headaches are a list of Symptoms on here, and all of which I have. I have all of this symptom,
listed here. These Injuries and Symptoms are recognized as of June 26, 2018, based on the University of
Pennsylvania.

In 1995 and before; the US Government and US Military has illegally experimented on US Citizens before in
the past. In 1995 President Bill Clinton finally came forward with an Official Apology to the public and the
American People during a C-Span live broadcast news conference along with the Clinton Administration.
[46]There is a written final report and declassified documents of Victims that were part of this Human Radiation
Experimentations. US Citizens have been illegally experimented on in the past, and the US Government has
come forward with an official apology in 1995. These experiments are still ongoing and have not stopped. I will
also try to provide to you a copy of the final written report from the Human Radiation Experimentations from
1995, and the President Bill Clinton Administration.  [47]

I can prove to you, with a written report, a form, documentation, and an Expert Witness by the name of Amy
Holem, who is willing to testify in court as an Expert Witness, who also has documented and proved that I am
indeed a non-consensual test subject of this Microwave Hearing Effect Technology, or the Microwave Auditory
Effect Technology. **[ Please See Attached Exhibit 7, WRITTEN REPORT FROM AMY
HOLEM AS EVIDENCE AND EXPERT WITNESS].** With forms that I have filled out, and that
Amy Holem documented, it has on her forms that the headaches are indeed the cause of this technology. There
is a list of symptoms that is caused by the attacks of this technology from the Microwaves, and Headaches are
on the list of symptoms.
I can prove to you and the courts with medical documents, reports, and a recent CT and MRI scan that I do
indeed get the headaches.

Amy Holem has written and typed up a 13-page report explaining why I am a non-consensual test subject of
this Microwave Hearing Effect, and or Microwave Hearing Technology, from the C.I.A.  I will include a PDF
hard copy version of Amy Holmes written report for you. Amy Holem is very qualified, and even certified to do
Audio/Video forensics for evidence for Victims of this kind of technology.
I have supplied a detailed background information, detailing Amy Holem's expertise and why she is also
qualified to do this kind of work, and be an Expert witness in court, to Testify on my Behalf.

Amy Holems Report will be in a separate section of this typed up Lawsuit. I will provide to you a hard copy of
it. Amy Holem did say that she can be an expert Witness, and testify in court on my behalf. You would have to
Subpoena Amy Holem to court and to be able to testify. You have her permission to Subpoena Amy Holem to
court. Amy Holem is an MOS (Military Operation Specialty) was as an MP (Military Police) officer with secret

[46] Website Link to News Article of President Clintons Apology for Human Experimentation:
https://www.latimes.com/archives/la-xpm-1995-10-04-mn-53213-story.html
[47] Website link to Final Report from 1995 Human Radiation Experiments President Bill Clinton:
https://www.osti.gov/opennet/servlets/purl/120931/120931.pdf

security clearance, which every MP had to have. Amy Holem is enrolled into school in American Intercontinental University in IL, for the study of Digital Investigations. **[ Please See Attached Exhibit 7, WRITTEN REPORT FROM AMY HOLEM AS EVIDENCE AND EXPERT WITNESS]**

**Introduction about Amy Holem:**
"Hello Counsel members, United Nation board committee, and United Nation Representatives: (INTRO) My name is Amy Holem and I am a certified audio/video forensic expert. I have a long history of knowledge of the law enforcement community and am a United States Army Veteran. My MOS (Military Operation Specialty) was as an MP (Military Police) officer with secret security clearance, which every MP had to have. Currently I am enrolled into school in American Intercontinental University in IL, for the study of Digital Investigations. Mid 2017, I came across some discrepancies in a video that I was analyzing that brought some concern to my attention. I figured out a process to transcribe these discrepancies and listen to the telecommunications underneath any video, audio, or phone conversation. Learning this process and figuring out these telecommunications, I immediately contacted and wrote to the Attorney General in every division of the; FBI, DOJ, CIA, D.O.D., President Donald J. Trump and state attorney of FL at that time in 2017. Knowing the federal law on capturing telecommunications, I had to write them and let them know of any telecommunications that I intercepted and can listen too. We should either receive a letter of consent or a cease-and-desist letter. I never received such letter in reference from any of the agencies stated, in reference to the certified mail that I sent, so I continued to do my work in the audio/video forensic field with these telecommunications. These telecommunications that I was capturing was telecommunications of cyber torture victims, and the torture that these victims are enduring."[48]

I will include a small Excerpt of the written report Amy Holem has typed up for me. And in a separate section I will include the full written report from Amy Holem. See Amy Holem Summary Below:

Summary:

Down below is the key statements and information that was captured within the first 20 seconds of the analysis.
Names: (Unknown spellings) President Reinder,
Equipment: Green Computer
Statements: VIAT no accepted, we murder people, I'm gonna be assault, fuck the brain, computer connecting, aiming

Body: Brain

Location: Houston, Ga-Mash

Departments: DA (District Attorney), Military Air Force Base

Crimes: Attempted Murder, Assault, Genocide, Mass Genocide, Conspiracy to Murder, Assault with a weapon, Cyber Torture (Not a law, it is under investigation by the United Nations), Cyber Harassment, Cyber stalking, Cyber Bullying, Body mutilation, Assault with a deadly weapon, Torture.
I can conclude that Ryan Conlon is a victim of V2K, Voice-to-skull technology, is a non-consensual victim, and is being attacked by weapon systems through the use of electronic technology. With the statements that was captured there is evidence that this is a group of people from across the globe. These people are using computers and aiming a weapon system at Ryan Conlon. There is admittance of assault, and statements that they are murdering people. Ryan Conlon did fill out a survey before the analysis on what type of criminal activity that is being committed against him, before I cleaned up his audio file. All the boxes that were checked by Ryan Conlon was statements that I captured within the 20 seconds that was analyzed. The brain was

---

[48] Source:
http://users.neo.registeredsite.com/8/0/2/14515208/assets/Amy_Holem_s_Audio_Forensics_Presentation_to_the_UN__-June__2020.pdf

mentioned, and the group did aim a weapon with intent to harm Ryan Conlon with assault. The Brain is a major organ in order for the body to function which is proven assault with a deadly weapon. Body mutilation along with torture is added to the list of crimes as well because the group of people aimed the weapon at Ryan Conlon's brain with intent to do bodily harm and murder. The weapon system and neural link technology can cause major damage and functioning capabilities with the weapons, such as nerve damage, tissue damage, early Alzheimer's, seizures, and other medical conditions. Ryan Conlon did check on the survey as well what he is experiencing with this technology as: Headaches/Brain Fog, Muscle Spasms, Brain Damage, and Tinnitus and Ear damage being done to him[49]. With the connection to the brain with the neural link and BCI technology does affect the nervous system through the brainstem. Which can cause the effects that Ryan Conlon is experiencing. There is evidence the brain is being attacked. I do conclude that Ryan Conlon is a victim of V2K, Voice-to-skull technology, is a non-consensual victim, and is being attacked by weapon systems through the use of electronic technology.

Completed Forensic Analysis Report: Amy Holem (815-307-4619)
AimeesAudios@protonmail.com

Client: Ryan Conlon   File: In quiet kitchen recording background noise.mp3   Case: 2020211

//_____End of the Report_____ //

It is important to note, that my Uncle John Miller has lived in Japan for a few years for part of his career. So, there is a good chance that my Uncle John Miller is fully away of this technology that the University of Tokyo has recognized.

The University of Tokyo and a Japanese Scientist, Prof. Makoto Koike, The University of Tokyo, is saying that Microwave Hearing Effect technology, and Microwave Communication's developed during WWII is the cause of schizophrenia. [50] The Japanese at, The University of Tokyo, does recognize that this microwave hearing effect technology can be used for live communication among people. This Microwave Hearing Effect is a tool and or a form of communication. Makoto Koike Microwave Research Institute (MK Microwave), The Tokyo University. 2018-01-20 14:15 Searching for the Origin of Natural Language Processing -- Automata, Telepathy Communication and Schizophrenia -- Makoto Koike (MK Microwave) SP2017-69; Makoto Koike, Japanese: "Herein I present the evidence to support the hypothesis that the microwave communication with the application of microwave auditory effect causes of schizophrenia. Since the microwave communication had been developing during the WWII, automaton in use for the microwave communication is presumed to be developed in the same period. The Dartmouth AI conference in 1956 and the monograph entitled "Automata Studies" published in 1956 declassified automaton or finite-state machines, and the Logic Theorist by Newell et al. shows that the automaton is not only the abstract entity in the discipline of mathematics but the real entity in electrical engineering. Scientific philosophy by Bertrand Russell such as logical atomism is the origin of natural language processing such as LISP, and the corresponding machine had been classified."[51]

The Institute of Electronics, Information and Communication Engineers (IEICE), Japan.
https://www.ieice.org/ken/paper/20180120R1Bh/eng/.

The University of Tokyo, Prof. Makoto Koike: The University of Tokyo and a Japanese Scientist, Prof. Makoto Koike, The University of Tokyo, is saying that Microwave Hearing Effect technology, and Microwave Communication's developed during WWII is the cause of schizophrenia. The Japanese at, The University of Tokyo, does recognize that this microwave hearing effect technology can be used for live communication among people. This Microwave Hearing Effect is a tool and or a form of communication.

2018-01-20 14:15 Searching for the Origin of Natural Language Processing -- Automata, Telepathy Communication and Schizophrenia -- Makoto Koike (MK Microwave) SP2017-69; Makoto Koike, Japanese: "Herein I present the evidence to support the hypothesis that the microwave communication with the application of microwave auditory effect causes of schizophrenia. Since the microwave communication had been developing during the WWII, automaton in use for the microwave communication is presumed to be

---

[49] Tinnitus: https: //xcorr.net/2012/05/24/hearing-radio-frequencies/

[50] https://www.ieice.org/ken/paper/20180120R1Bh/eng/

[51] https://www.ieice.org/ken/paper/20180120R1Bh/eng/

developed in the same period. The Dartmouth AI conference in 1956 and the monograph entitled "Automata Studies" published in 1956 declassified automaton or finite-state machines, and the Logic Theorist by Newell et al. shows that the automaton is not only the abstract entity in the discipline of mathematics but the real entity in electrical engineering. Scientific philosophy by Bertrand Russell such as logical atomism is the origin of natural language processing such as LISP, and the corresponding machine had been classified." [52]

Dartmouth AI, Artificial Intelligence conference in 1956- Finite State machines: most likely using the XFDTD- Finite Difference Time Domain Computational Coding software. The Institute of Electronics, Information and Communication Engineers (IEICE), Japan: IEICE Technical Committee Submission System Conference Paper's Information, Makoto Koike Microwave Research Institute (MK Microwave) The University of Tokyo; Source: https://www.ieice.org/ken/paper/20180120R1Bh/eng/

The CIA are attacking me with some sort of a D.E.W. using the Microwave Hearing Effect. What gave the C.IA. and the U.S. Senate Select Committee on Intelligence power to illegally experiment this technology on human beings without their consent? Do you yourself believe it is morally, and legally right to give such illegal power to the government to experiment on people? We are people and we have both civil and human rights that need to be protected and they are not. Do you believe deep down, in your heart that this is morally right that the C.I.A. and the US Senate Select Committee on Intelligence can get away with such crimes on humanity? I am being attacked with this Directed Energy Weapon of Microwave Hearing Effect, and I can prove this to you with some evidence that I am being exposed to high-levels of radiation of 60HZ/120Volts=7,200 watts. "Brain tissue absorbs the electromagnetic pulse, Microwaves, it slightly but rapidly expands and produces a supersonic wave which is received by the inner ear."[53]

This 60 HZ level of high non-ionizing radiation is the 'let-go-threshold of deadly exposure and can cause myself of increase risk in Cancer and even Electrical Shocks which I have been experiencing in the back and the top of my skull. Since 60HZ is the threshold, then it makes this very possible, "The Radio Frequency ("RF") Hearing Effect was first noticed during World War II as a subjective "click" produced by a pulsed radar Signal when the transmitted power is above a "threshold" level. Below the threshold level, the click cannot be heard". [54] These signals being transmitted by this Directed Energy Weapon using the Microwave Hearing Effect- Technology that are well above the "threshold" since at 60 HZ level of high non-ionizing radiation is the 'let-go-threshold of deadly exposure and can cause myself of increase risk in Cancer and even Electrical Shocks. 60 HZ of radiation exposure if very deadly for one person. At 60HZ of exposure is very dangerous and deadly exposure. I am being attacked with the same technology that the CIA Agents were recently attacked with, in Australia, and the same incident that US Secretary Mike Pompeo is currently investigating. The evidence in my lawsuit would help US Secretary Mike Pompeo with his current investigations.

It is a Public Act law in Michigan in 2003, to make it illegal, to use such Electromagnetic Pulsed and Microwave Weapons on people, the Michigan Public Act law is (2003-HB-4513, Public Act 256 of 2003, Section (K). It is a Public Act, and recognized law passed into Michigan State Legislator. If your court refuses to grant this Lawsuit, you could be responsible for Negligence of Law. As this law, that was passed in Michigan in 2003, it is a recognized law, and by local law enforcement in that State. This court, should not be ignorant of such laws. I will provide more information about this Michigan law in this lawsuit. Please don't be ignorant and negligent of a Public Law passed by a State, and that all States of the United States fall under the United States Constitution. I will include paperwork on this bill, passed by the House of Representatives in 2003.

---

[52] https://www.ieice.org/ken/paper/20180120R1Bh/eng/

[53] https://aaps.mil/dtic/tr/fulltext/u2/a304644.pdf

[54] US Patent USOO65.87729B2 James P. O'Loughlin, Placitas, NM (US); Diana L. Loree, Albuquerque, NM (US), The United States of America as represented by the Secretary of the Air Force, Washington, DC (US).

Very Sharp Pains at times. I have some proof I'm being exposed to this high-level of radiation. I am being overexposed to non-ionizing high radiation levels of Microwaves. "60 Hz, 3000 µT MF exposure can modulate activity in specific brain regions " [55]

Being exposed to non-ionizing radiation at levels of 60HZ, 3,000 uT microteslas can increase a modulation in activity in specific brain regions. Since this level of radiation exposure can modulate specific regions in the brain, you can say that this is a type of Mind Control Weapon Technology. I am being exposed to a non-ionizing radiation at 60HZ-7,200watts which is not good or FCC safe exposure to humans. These people attacking me with this Microwave Hearing Effect technology are breaking FCC Federal Safety guidelines of human exposure to non-ionizing radiation. I have some proof I am being exposed to 60 HZ of a non-ionizing radiation. "This is a human provocation study where the effects of ELF MF on brain activity were studied. Twenty-nine healthy participants were either not exposed (sham) or exposed to ELF MF at 3000 microtesla (µT) (15 times above the current international guidelines for public exposure) for one hour, at a frequency of 60 Hertz. Some motor and cognitive tasks were conducted before and after the exposure or (sham) and the brain activity was monitored using functional magnetic resonance imaging. The authors concluded that the ELF MF exposure changed activity in specific brain regions, although there was no impact on task performance" [56] "Brain tissue absorbs the electromagnetic pulse, Microwaves, it slightly but rapidly expands and produces a supersonic wave which is received by the inner ear."[57]

It specifically mentions here that at 60HZ exposure to non-ionizing radiation ELF frequencies can have a strong effect on specific brain regions. This was from the Australian Government, Australian Radiation Protection and Nuclear Safety Agency. All of the sources I have found with being exposed to this non-ionizing radiation at 60HZ can in fact change or modulate specific regions in the brain. The C.I.A. agents that were attacked with this same Microwave Weapon, had some brain damage, because they were attacked with 60HZ or more of Microwave Frequency and which caused the "Brain tissue absorbs the electromagnetic pulse, Microwaves, it slightly but rapidly expands and produces a supersonic wave which is received by the inner ear."[58]

If you can Target an Individual with this Microwave Hearing Effect Technology at 60 HZ, you can basically control their mind and at least be very easily to influence their mind and maybe able to even make them hear sounds and voices that aren't really there, but they are there inside the Victims Human Brain Auditory Cortex, when no one else around the Victim can hear the sounds or voices. With 60HZ of R.F. radio frequency, you can do a lot to an individual to modulate certain parts of their brain regions, and use Mind Control techniques on them very easily with this EMF electrical magnetic stimulation. You can control anyone's mind with 60HZ of RF, EMF or even ELF.

In this 2006 US Army FOIA Document on, The Bioeffects of Non-Lethal Weapons, from the US Army Intelligence and Security Command at Ft. Meade, states on page 3 that," the Study of electromagnetic fields and their influence on biological systems is increasing rapidly. Much of this work is taking place because of health concerns. For example, increased concern has arisen regarding the effects of operator exposure to the electromagnetic fields associated with short-wave diathermy devices, high power microwave ovens, radar systems, magnetic resonance imaging units, etc. In addition, much concern has arisen about extreme low frequency (60HZ power frequency) electric and magnetic fields that originate from high-voltage transmission

[55] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4516358/
[56] https://www.arpansa.gov.au/effects-60-hz-magnetic-field-exposure-3000-ut-human-brain-activation-measured-functional-magnetic
[57] https://aaps.mil/dtic/tr/fulltext/u2/a304644.pdf
[58] https://aaps.mil/dtic/tr/fulltext/u2/a304644.pdf

lInes, industrial equipment, and residential appliances" [59] I have a hard time around household electrical appliances such as a refrigerator, a Fan, or even a AC unit. I have to constantly unplug our home refrigerator.

I believe they are increasing the Magnetic fields on the Refrigerator making the electrical field stronger, so that they can attack myself more with the appliances. I believe they are doing this with the appliances by something of what is called Magnetic Frequency Resonance (MFR).

This US Army document specifically mentions 60HZ and I can prove to you with some evidence that I'm being attacked with a D.E. Weapon at 60HZ or higher on a daily basis, or at least being exposed to this non-ionizing radiation of 60HZ on a daily basis 24/7. I have serious issues around household and even larger Commercial electrical appliances like generators and such. [ **Please See Attached Exhibit 1, Page 1, 2006 Declassified US Army Document]**

I listed this as a symptom on my other pages. I have to constantly unplug our home Refrigerator because it constantly makes a humming noise, and I believe the Directed Energy Weapon, they are attacking me with, they are increasing the Magnetic Fields of these household appliances like the Refrigerator, Microwave, and fans. My Symptoms get worse when I'm around larger Electrical Appliances whether it's a residential or commercial electrical appliance. [60]

"Non-ionizing radiation, can increase cancer risk"-American Cancer Society. [61]

I have a declassified CIA document that states that the Pentagon is fully aware of such Microwave Hearing Effect Weapons Technology. In 2010 when my issues started, my Uncle John Miller was still a Vice Admiral working for the Pentagon, and the US Navy. My Uncle didn't retire until 2015. But he was still active military duty inside the Pentagon in 2010. My family worked for the Pentagon, and still are.

I am a victim of the technology known as Microwave Hearing Effect, or Microwave Auditory Effect, and or Communicating via Microwave Auditory Effect. The United Nations Office of the High Commissioner and "Professor Nils Melzer, International Law, holds the Human Rights Chair of International Humanitarian law and Human Rights, is on the United Nations as a Chairman. He is starting at investigation into these crimes committed by the government that involve the technology of Microwave Hearing Effect Technology and Cyber Technology to mentally torture and cause severe physical bodily harm done to human beings" [62]

The only adequate law passed into legislation that I know of, is the Michigan Penal Code law passed in 2003, that I have mentioned earlier. A universal law for the US needs to be passed for all states to make use of this technology on victims illegal. This has to be written down in Law as a crime against humanity in some way, to help future Victims and even the United Nations.

Local law enforcement cannot help too much because they cannot get directly involved with the Military or the other Federal agencies. I did speak with a FBI Special Agent David Perry, from the Baltimore Field Office, about this, and myself being a victim. FBI Special Agent David Perry, from the FBI Baltimore field office was able to investigate into this matter for me very little but not much. The FBI did actually take their time to investigate into my cousin, and Uncle, and this Michael Eduvigen whom works for NSA/ DOD. The FBI Agent told me that mind control isn't a crime, and its not an FBI matter. He was wrong to say its not a

[59] https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf

[60] https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf

[61] https://www.cancer.org/cancer/cancer-causes/radiation-exposure/extremely-low-frequency-radiation.html?fbclid=IwAR32EM1osnQZBtrwNEBGRPbVwDWmQcxQC8lc58LxVG6ysX7Ts8tgisGBbSE

[62] https://opseu.org/wpcontent/uploads/2018/12/30_basic_human_rights_list_english.pdf, www.ecoterra.info

Crime. As Michigan has the Michigan Penal Code law of 2003 passed into legislation to make it illegal to use such technology on poor victims. I asked the local police departments if they could with an investigation if I filed a Police report and they said that they cannot get involved because they were basically saying it's not within their jurisdiction to do so. The Local Law enforcement couldn't even investigate into my Uncle because he is a retired Vice Admiral from the Navy. There is very small chance my Uncle is involved in anyway.

The Electrical Exposure of this Microwave Weapons is way above the FCC Federal Safety guidelines for exposure of safety for humans. What is the Microwave Hearing Effect? I have found evidence of this microwave hearing effect phenomenon on an FCC Government website PDF document from 1999. I have much more evidence of knowledge of this technology. I have Books, and tons of documents on my laptop. I will include this FCC official 1999 document in my paperwork as evidence of this technology and phenomenon.

Even the FCC a official Government Agency recognizes that this Microwave Hearing Effect technology is real and is a true phenomenon observed by people and or victims of this. Below is a link to the FCC PDF stating about the Microwave Hearing Phenomenon:

(page 7, FCC Federal Communications Commission Office of Engineering & Technology Questions and Answers about Biological Effects and Potential Hazards of Radiofrequency Electromagnetic Fields) https://transition.fcc.gov/Bureaus/Engineering_Technology/Documents/bulletins/oet56/oet56e4.pdf[63]

"Although not commonly observed, a microwave "hearing" effect has been shown to occur under certain very specific conditions of frequency, signal modulation, and intensity where animals and humans may perceive an RF signal as a buzzing or clicking sound. Although a number of theories have been advanced to explain this effect, the most widely-accepted hypothesis is that the microwave signal produces thermoelastic pressure within the head that is perceived as sound by the auditory apparatus within the ear. This effect is not recognized as a health hazard, and the conditions under which it might occur." [64]It is a health hazard at being exposed to 60HZ on a daily basis, which I will outline later on in these papers. There are serious health hazards including Cancer and other serious illness relating to this. My Uncle John Miller, retired Vice Admiral, and my cousin Connor Miller worked with the Pentagon, and also the Defense Threat Reduction Agency, and the Joint Non-lethal Weapons Directorate in Quantico, VA. And they have knowledge of such weapons and technology. From my understanding the CIA, DOD, NSA, or other Federal and Military entities needs approval from either the FISC, extensive internal review, and full reporting to Congress. At the time of my issues started roughly in 2010, my Uncle John Miller was on the Joint Chief of Staffs for the Whitehouse at the time. I don't believe my Uncle worked for the Obama Administration. I believe he either worked for the Clinton or Bush Administration. Maybe there is a small chance that my Uncle approved of this as a Special Access Program. Maybe my Uncle when he was a Joint Chief of Staff signed and authorized myself to be a non-consensual test subject under a Special Access Program (SAP). There is a very good chance that my uncle signed me up for a test subject for this Special Access Program (SAP).

I will also include a denied DOD/ US Air Force FOIA, about Communicating Via Microwave Auditory Effect. I have a FOIA letter saying that disclosure of this information would do grave damage to National Security. And I believe the reason behind this is because the DOD, US Airforce and other government entities are targeting other victims without the victim's knowledge of such technology. They are using American Citizens as lab rats to test this technology out on, without our Legal Consent. I believe that within these

---

[63] (page 7, FCC Federal Communications Commission Office of Engineering & Technology Questions and Answers about Biological Effects and Potential Hazards of Radiofrequency Electromagnetic Fields)

https://transition.fcc.gov/Bureaus/Engineering_Technology/Documents/bulletins/oet56/oet56e4.pdf

[64] page 7, FCC Federal Communications Commission Office of Engineering & Technology Questions and Answers about Biological Effects and Potential Hazards of Radiofrequency Electromagnetic Fields https://transition.fcc.gov/Bureaus/Engineering_Technology/ Documents/bulletins/oet56/oet56e4.pdf

documents that was denied to the public is because certain federal and military entities like NSA, CIA, DOD, US Airforce etc....are using this technology to illegally targeting individuals. I will explain more of this later in my Civil Case paper or try to anyway. These documents are not released because they are targeting Victims with this technology. I will include a copy of this FOIA request that was denied about technology known as Communicating Via Microwave Auditory Effect.

I am tired of being a Victim of this technology and want to fight these people back in Court. I match a lot of the symptoms that start on page 6 that are mentioned in this US Army Document. I am including a list of my Symptoms of exposure to 60 HZ on another paperwork. Both in this US Army document on page 10 paragraph "Possible Influence on Subjects"- 'it says, Application of the microwave hearing technology could facilitate a private message transmission. It may be useful to provide a disruptive condition to a person NOT AWARE of the technology.

Key word here is NOT AWARE. And also, in this declassified CIA document it mentions of the person not being aware of the technology. - March 17, 1993. The FBI is aware of a Corporation in Virginia that uses this technology on people illegally and unwillingly. I will include a declassified CIA Document about this Corporation in Virginia that uses this technology unwillingly on VICTIMS.

On March 17, 1993 FBI Officials were briefed on the Russian's decade-long research on a computerized acoustic device allegedly capable of implanting thoughts in a person's mind without that person being aware of the source of thought.[65] The FBI is aware of this mind reading technology that this Psychotechnology's Corp. has access to and also can use it on VICTIMS unwillingly. Both this US Army Document and this CIA document both say that it can cause psychological damage to a victim who is not are of this torture from this Microwave Hearing Effect technology.

The US Army FOIA page 6 says, "Incapacitating Effect: Microwave Hearing: Microwave Hearing is a phenomenon, described by human observers, as, the sensations of buzzing, ticking, hissing, or knocking sounds that originate within or immediately behind the head. **[Please See Attached Exhibit 1, Page 1, 2006 Declassified US Army Document]**

The US Army FOIA on pages 7-8 it says, Possible Influence on Subjects:" Application of the microwave hearing technology could facilitate a private message transmission. [66] **[Please See Attached Exhibit 1, Page 7-8, 2006 Declassified US Army Document]**

There are many other victims. I am friends with one of them on Facebook, by the name of John St. Clair Awkei. John St. Clair Akwei has a PDF documentation that he researched and typed up on his knowledge of the technology and infrastructure of the NSA. John St. Clair Akwei is also a victim of this technology and is very knowledgeable on this technology. Mr. John St. Clair Akwei gave myself permission to use his research PDF document as some evidence as well besides this declassified US Army document that I have.

If you Subpoena him to court as a witness as well you would see that there is an ongoing pattern here of victims of this Microwave Hearing Effect technology.

There are other victims like former NSA employee Russell Tice, and also a Kathleen Waterson who had a successful court case, Kathleen Waterson vs. Aro at the Joshua Tree Courthouse in Orange County California. There are many other victims but many of them are afraid to come forward and face this fight against these people and their illegal covert activities involving this illegal harassment of this so called, Microwave Hearing Effect Technology.

[65] https://www.cia.gov/library/readingroom/docs/CIA-RDP96-00792R0005005600005-7.pdf

[66] https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-
-4(Bob%20Woolever).pdf

These people are resonating your skull by a technique used by the US Army know as Bone Conduction by Microwaves. I have large PDF packet laptop from some US Army Research Laboratory. I can prove with a phone call recording from Dr. Allan Frey that people can hear these sounds from within their Auditory Cortex and no one else around them can hear these sounds. Dr. Allan Frey lives in Potomac, Maryland is currently working for a company called Randomline. Only targeted individual can hear the sounds. I can prove this technology with this US Army Document from 2006, and many other documents and the phone call recording I have done with Dr. Frey. I can prove without a doubt that this technology exists with tons of paperwork including a US Army Document from Ft. Meade, Maryland. In this US Army FOIA Mandatory Declassification Document released by the US Army mentions Covert Activity involving this Microwave Hearing Effect technology. This Microwave Hearing Effect technology has been in existence since the early 1960's when Dr. Allan Frey first started his work on this Microwave Auditory Effect at Cornell University and at the US Office of Naval research.

I have a lot of documents describing about this Microwave Hearing Effect and how it is used as a weapon and torture if a human subject is unaware of this technology. The NSA Headquarters at Ft. Meade, Maryland is fully aware of this technology and illegal covert activities involving this illegal use of Microwave Hearing Effect technology to illegally track and target American individuals. The C.I.A. and along with the U.S. Airforce are operating along side each other using this technology. The C.I.A. is attacking me with a Directed Energy Weapon using the Microwave Hearing Effect technology or Microwave Auditory Effect Technology. And ever since 2017 I have been researching like crazy to try and find evidence of this technology and this Microwave hearing Effect Technology is the best evidence I have found. This US Army Document is exactly what is going on with myself right now. I can hear a Jet Engine Broadband noises in my poor left ear and this US Army document mentions this Jet Engine Broadband noise. It also mentions about being able to hear RF, and that Tinnitus isn't RF, Tinnitus is a very common mistake for Radio Frequency. I have a lot of evidence in documents and papers to prove this technology exist.

It is a Public Act law in Michigan in 2003, to make it illegal, to use such Electromagnetic Pulsed and Microwave Weapons on people, the Michigan Public Act law is (2003-HB-4513, Public Act 256 of 2003, Section (K). It is a Public Act, and recognized law passed into Michigan State Legislator. If your court refuses to grant this Lawsuit, you could be responsible for Negligence of Law. As this law, that was passed in Michigan in 2003, it is a recognized law, and by local law enforcement in that State. This court, should not be ignorant of such laws. I will provide more information about this Michigan law in this lawsuit. What I am saying here is the truth and to the very best of my knowledge. There are other victims of this technology out there like myself, John Akwei and many others. John Akwei knows more victims than I do. John St. Clair Akwei is also very knowledge person about this technology and has given myself person to use his PDF document in my Civil Case as some evidence as well. Mr. Akwei is very knowledgeable about NSA's infrastructure and how their technology works with the use of this Radio Frequency or RF, which is mentioned in his PDF paper, but this is better known as the Microwave Hearing Effect technology. I will include John St. Clair Akwei's paper in this Civil Case as some evidence of this technology along with this 2006 US Army FOIA Document from Ft. Meade that I have. I have a hard copy of Mr. Akwei's document as well if you would wish to read it. Since Mr. Akwei, is also a victim of this technology and has a strong knowledge of this maybe you would want to Subpoena him to court as well as a witness to this illegal use of technology. There are other victims and Mr. Akwei knows of my people than I do. Below I will include a website link to this John Akwei's PDF document. John St. Clair Akwei vs. NSA, Ft. Meade, MD, USA, PDF Document: [67] http://www.whale.to/b/akwei.pdf

I want to know why these Federal and Military personnel are targeting everyday American Citizens for no apparent reason and torturing these victims with this Microwave Hearing Effect technology. This technology should only be used against enemy soldiers in combat and against terrorist, NOT AGAINST AMERICAN CITIZENS. Why are they targeting American Citizens? I have a letter from a FOIA saying what this FOIA

---

[67] http://www.whale.to/b/akwei.pdf

request for this technology of Communicating Via Microwave Hearing Effect was denied. The US Air Force says that the release of this information would damage National Security.

I believe the reason why it would Damage National Security is because they are illegally testing this technology on American Citizens. The United Nations Office of the High Commissioner are currently trying to do something about this. Below I will include a link to this Letter and I will also attach this US Airforce letter to my Civil Case to prove that they are hiding they fact that they are illegally targeting American Citizens with this technology. They are illegally targeting American Citizens using this Microwave Technology. This is the main reason why the release of this technology will do damage to National Security.

I do have a substantial amount of evidence against the U.S. Airforce even including the software and technology they use for US Military and Defense applications regarding the use of the XFDTD Computational Coding Software and the Xfdtd Bio-Pro Version developed by REMCOM to use this technology fop the Communication Via the Microwave Auditory Effect technology funded by DARPA, but used by the U.S. Airforce. There is a government contract in PHASE II that is currently being carried out by the U.S. Airforce and DARPA. The US Airforce and DARPA uses this Electromagnetic Software of XFDTD Computational Coding and the Remcom technology because of its Antenna applications to bio-hack the field penetration into Biological tissues of the Human Brain and Body. This is proof here that the US Airforce uses this XFDTD Software by Remcom. Microwave Induced Auditory Effects based on FDTD type computations and or algorithms. Remcom Inc., 315 S Allen St., Suite 416, State College, P.A. 16801. Remcom is located in Allenway, P.A..Remcom supplies XFDTD software for commercial and the U.S. government, like DARPA. Remcom uses products for Antennas and in US Military and Defense applications.

The US Airforce Office of Scientific Research:

"Page 3: 2. Other phenomena of interest are auditory effects caused by microwave- induced thermo-acoustic waves [11]. Conventionally, physical insight and numerical estimates of microwave-induced auditory effects were largely based on FDTD type computations [12, 13, 14]."- US Airforce Office of Scientific Research. US Airforce Office of Scientific Research[68]: https://apps.dtic.mil/dtic/tr/fulltext/u2/a478950.pdf

## [ Please See Attached Exhibit 8, Page 3, 2006 Declassified US Airforce Document on FDTD Computational Coding on Microwave Auditory Effect]

This is proof that the US Airforce uses the Microwave Induced Auditory Effect with the XFDTD Computational Coding Software.
This is the name of the software technology they are using on myself is:
(XFDTD Computational Coding Software): XFdtd is an electromagnetic simulation solver. Its features analyze problems in antenna design and placement, biomedical and SAR, EMI/EMC, microwave devices, radar and scattering, automotive radar, and more.

This FOIA Request was denied release because it says it would Damage National Security
PHASE II US AIRFORCE SBIR RESEARCH PROGRAM:
Communicating Via the Microwave Auditory Effect:
Agency: Department of Defense
Branch: Air Force: U.S. Airforce are using a technology and software known as XFDTD Electromagnetic Stimulation Computational Coding software, developed by a company known as RECOM
Contract: N/A
Agency Tracking Number: 19903
Amount: $739,569.00
Phase: Phase II
Program: SBIR
Solicitation Topic Code: N/A
Solicitation Number: N/A
Timeline

68 https://apps.dtic.mil/dtic/tr/fulltext/u2/a478950.pdf

·Solicitation Year: N/A
Award Year: 1995

https://www.sbir.gov/sbirsearch/detail/298760[69] **[Please See Attached Exhibit 10, 1995, SBIR, Small Business Initiative Research Phase II Project on Communicating Via Microwave Auditory Effect, US Airforce and funded by DARPA]**

WEBISTE LINK FOR LETTER OF FOIA DENIED INFO REGARDING US AIRFOCE TECHNOLOGY:
https://www.transformation.dk/www.raven1.net/v2s-kohn.htm[70]

I will include a hard copy of this letter: https://www.transformation.dk/www.raven1.net/usafletr.jpg[71]

See U.S. Air Force letter: usafletr.jpg, which states that to reveal details of this project, "could reasonably be expected to cause damage to national security". This can damage national security because they are illegally targeting American Citizens with this technology. I believe in my own opinion and observations that these people are targeting people for the fun of it to torture and harass victims and to use people as lab rats to illegally test out this technology.

Disclosure of Communicating Via the Microwave Auditory Effect could cause DAMAGE to NATIONAL SECURITY: 1. This is in response to your FOIA request dated 27 Sep 99, case number 00-0009-HS, for copies of Communicating Via the Microwave Auditory Effect: Awarding Agency: Dept of Defense SBIR Contract number: F41624-95-C-9007 as specified in your letter.
2. The requested information is fully denied under 5 U.S.C. 552(b)(1), and DoD Regulation 5400.7/Air Force Supplement, paragraph C3.2.1.1, Classified Records because unauthorized disclosure of the requested information could reasonably be expected to cause damage to national security. The information is classified pursuant to Executive Order 12958."[72] **[ Please See Attached Exhibit 11, 1995, Department of Defense, U.S. Airforce SBIR Contract # F41624-95-C-9007, on Communicating Via Microwave Auditory Effect, US Airforce and funded by DARPA]**

D.O.D. Regulation, and my cousin Connor Miller is a D.O.D. Analyst. Maybe he can help to release these classified files that are under D.O.D. regulation since he is a D.O.D. analyst. My Cousin Connor Miller works for the D.O.D. as an Analyst and he could maybe help to try and release these classified files, that are currently under D.O.D. regulation. These files of Communication Via the Microwave Auditory Effect are under D.O.D. regulation. My cousin Connor Miller is a D.O.D. analyst. It possible my cousin Connor Miller could help to play a role in the release of these files for Communicating Via. Microwave Auditory Effect.

It is a Public Act law in Michigan in 2003, to make it illegal, to use such Electromagnetic Pulsed and Microwave Weapons on people, the Michigan Public Act law is (2003-HB-4513, Public Act 256 of 2003, Section (K). It is a Public Act, and recognized law passed into Michigan State Legislator. If your court refuses to grant this Lawsuit, you could be responsible for Negligence of Law. As this law, that was passed in Michigan in 2003, it is a recognized law, and by local law enforcement in that State. This court, should not be ignorant of such laws. I will provide more information about this Michigan law in this lawsuit. Please don't be ignorant and negligent of a Public Law passed by a State, and that all States of the United States fall under the United States Constitution. There are so much more credible sources on this type of Directed Energy Weapons involving Microwave Weapons Technology.

---

[69] https://www.sbir.gov/sbirsearch/detail/298760

[70] https://www.transformation.dk/www.raven1.net/v2s-kohn.htm

[71] https://www.transformation.dk/www.raven1.net/usafletr.jpg

[72] https://www.transformation.dk/www.raven1.net/v2s-kohn.htm

Please watch this video Interview with Dr. Barrie Trower: Microwaves in weapons and wireless telecommunication •Oct 9, 2012 :
https://www.youtube.com/watch?v=k3QeSOU8qC0[73] .

Microwaves in weapons and wireless telecommunication.
Interview with Barrie Trower, "Dr. Barrie Trower is a former microwave weapons expert for the Royal Navy and the British Secret Service. He has a deep knowledge of the many harmful effects that microwaves can cause in the human body and psyche. Microwaves are not only used in weapons but also in wireless telecommunication devices. This applies to cell phones, cell phone towers, wireless internet, WiFi, smart meters etc. It is the wireless function that emits microwaves. Barrie Trower strongly warns against the harmful effects of microwaves emitted from wireless technologies of modern life.

Facts
Microwaves emitted from wireless technology enter and damage the body.
The more exposure to microwaves, the greater damaging effect.
See also (coming up later):
Wireless technology damages children and future generations
- Interview with Barrie Trower"
http://www.youtube.com/watch?v=csvHai...
Or go to EMRinformation:
http://www.youtube.com/EMRinformation
Barrie Trower was interviewed by EMRinformation in Denmark
September 21, 2012.
Copyright 2012, EMRinformation
For more information on wireless telecommunication and health risks go to:
http://www.youtube.com/EMRinformation
Or the danish site:
www.helbredssikker-telekommunikation.dk

# LIST OF SYMPTOMS:

I am being attacked by a Directed Energy Weapon of some sort using the Microwave Hearing Effect Technology Weapon being exposed at 60 HZ x 120 VOLTS = 7,200 watts on a daily basis. I have strong evidence of this. Humans can only produce or put out about 300-400watts on average. "The average human, at rest, produces around 100 watts of power. [2] Over periods of a few minutes, humans can comfortably sustain 300-400 watts;" [74]

Why am I being attacked with a Directed Energy Weapon using Microwave Hearing Effect Technology at 60 HZ 120Volts = 7,200 watts? What kind of Direct Energy Weapon would require the power source of Radio and Microwave Frequencies to be at 60 HZ = 7,200 watts? The human body alone does not produce 7,200 watts. From my studies and research of what I have found, the human body only produces 300-400 watts of electrical power. What kind of Directed Energy Weapon using Microwave Hearing Effect Technology would require the power source to be 60HZ x 120 Volts =7,200 watts, sometimes more at 8,125 watts 65 HZ?

What gave the C.IA. and the U.S. Senate Select Committee on Intelligence power to illegally experiment this technology on human beings without their consent? Do you yourself believe it is morally, and legally right to give such illegal power to the government to experiment on people? We are people and we have both civil and human rights that need to be protected and they are not.

---

[73] https://www.youtube.com/watch?v=k3QeSOU8qC0
"Dr. Barrie Trower was interviewed by EMR information in Denmark
September 21, 2012. Copyright 2012, EMR information"

[74] http://large.stanford.edu/courses/2014/ph240/labonta1/

Do you believe deep down, in your heart that this is morally right that the C.I.A. and the US Senate Select Committee on Intelligence can get away with such crimes on humanity? No one, but God himself should have this kind of power.

In the US Army Document, it specifically mentions human VICTIMS being subjected to 60 HZ of Radio frequency Directed energy attacks. In the US Army Document on page 2 it mentions non-lethal effects of weapons: Laser and other light phenomena, RADIO FREQUENCY DIRECTED ENERY (MICROWAVE HEARING EFFECT WEAPON), Aural Bioeffects. It goes on to mention the health effects that arise from the long-term exposure of (60 HZ power frequency) and possible adverse effects on human health (e.g. CANCER, reproduction, etc.). It mentions the possibility of getting CANCER in this Army document as exposure from Radiofrequency directed energy Weapons. The American Cancer Society even says- "non-ionizing radiation can increase the risk of Cancer". I'm sorry to say that 60 HZ x 120 Volts = 7,200 watts of electrical power is not a non-lethal weapon. 60 HZ x 120 Volts = 7,200 watts of Radio Frequency Directed Energy is a VERY LETHAL and deadly Directed Energy Weapon using Microwave Hearing Effect Technology. At 60 HZ of high radiation exposure level this is very lethal and dangerous and life threatening to any human being. This is a LETHAL and Deadly weapon at 60HZ x 120Volts = 7,200 watts. This is proof right here that 60HZ is a LETHAL and DEADLY WEAPON.

"A sustained electric shock from AC at 120 V, 60 Hz is an especially dangerous source of ventricular fibrillation because it usually exceeds the let-go threshold, while not delivering enough initial energy to propel the person away from the source. However, the potential seriousness of the shock depends on paths through the body that the currents take. Death caused by an electric shock is called electrocution." [75]

I have the link to this PDF 2006 US Army Document from Ft. Meade, Maryland that mentions this technology. Link to US Army Document from FT. Meade, NSA, Maryland:

https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf.[76]

I have Bob Woolever's email. It is current so is his phone number. I have spoken with him once over the phone and even by email about this US Army Document and this technology. He currently lives in Michigan.

## [ Please See Attached Exhibit 1, 2006 Declassified US Army Document on Microwave Hearing Effect]

The Defendants are breaking the law, of the Michigan Penal Code:
THE MICHIGAN PENAL CODE (EXCERPT) Act 328 of 1931,
Enrolled House Bill No. 4513, 1931 PA 328, § 200h (MCL 750.200h), as amended by 2001 PA 135, § 200h § (k) "Harmful electronic or electromagnetic device" means a device designed to emit or radiate or that, as a result of its design, emits or radiates an electronic or electromagnetic pulse, current, beam, signal, or microwave that is intended to cause harm to others".
2003-HB-4513 Public Act 256 of 2003 (Effective: 1/1/2004)
The MICHIGAN PENAL CODE-PUBLIC ACT- 2003-HB-4513, Public Act 256 0f 2003, Section (K).

It is a Public Act law in Michigan in 2003, to make it illegal, to use such Electromagnetic Pulsed and Microwave Weapons on people, the Michigan Public Act law is (2003-HB-4513, Public Act 256 of 2003, Section (K). It is a Public Act, and recognized law passed into Michigan State Legislator. If your court refuses

---

[75] ELECTRICITY AND HUMAN BODY-Wiki Lectures
[76] https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf.

to grant this Lawsuit, it would be considered to be ignorant and Negligence of Law (Ignorant juris non excusat). As this law, that was passed in Michigan in 2003, it is a recognized law, and by local law enforcement in that State. This court, should not be ignorant of such laws. I will provide more information about this Michigan law in this lawsuit. Please don't be ignorant and negligent of a Public Law passed by a State, and that all States of the United States fall under the United States Constitution.

What are the Health Effects of being exposed and attacked with at, 60HZ x 120Volts= 7,200 watts? I'm just listing the serious potential Health Threats that can be caused from 50-60HZ of radiation exposure.

1.Cancer: "non-ionizing radiation, can increase cancer risk"-American Cancer Society. [77]

2. SUSTAINED ELECTRICAL SHOCKS AND DEATH can even possibly occur at 60 HZ of exposure.

"A sustained electric shock from AC at 120 V, 60 Hz is an especially dangerous source of ventricular fibrillation because it usually exceeds the let-go threshold, while not delivering enough initial energy to propel the person away from the source. However, the potential seriousness of the shock depends on paths through the body that the currents take. Death caused by an electric shock is called electrocution." [78]

3. Symptoms include as of August 1932 with the symptoms of severe tiredness, fatigue, fitful sleep, headaches, intolerability and high susceptibility to infection.

Barrie Trower in this Civil Action No. 3:11-cv-00739-MO, United States District Court District of Oregon Portland Division stated, "9. To my knowledge, 'microwave' or 'radio-wave sicknesses was first reported in August 1932 with the symptoms of severe tiredness, fatigue, fitful sleep, headaches, intolerability and high susceptibility to infection" [78]

4. Serious Health Effects of 50-60HZ radiation exposure include:

Heart Sickness, Hypertension, Depression, cancer tumors, Leukemia, and suicides. These are very serious health issues as a result of being exposed to or at 50-60HZ of radiation exposure. As you can see the high exposure levels can result in very serious illnesses such as Cancer, Leukemia, and even death. I myself do not have any of these diagnose currently. But I do not want to get Cancer or cancer tumors, or even Leukemia as a result of this Directed Energy Weapon attacks using Microwave Hearing Effect technology. I do not experience these health effects, but I do not want to get Cancer which is a side effect as a result of 50-60HZ radiation EMF exposure.

    a. an increase in suicides at 0.1 uT (50HZ) microtesla same as 0.3 milligauss mG

    b. Heart Sickness, Hypertension and Depression at 0.3 uT (50 HZ)

    c. an increase in Children's tumors over 0.2 uT (50HZ)

    d. an occurrence of childhood Leukemia at ranges over 0.4 uT (50HZ).

"At the electric power supply network frequency range of 50-60HZ, the DANGER LEVELS of electromagnetic fields are 500-1600 uT (1T= 10,000 Gauss).

The Danger of childhood cancer is 2.7 times greater when the electromagnetic exposure power range goes over 0.3 uT and there is an increase in suicides at 0.1 uT (50 HZ). There is a rise in Heart Sickness, hypertension and

[77] https://www.cancer.org/cancer/cancer-causes/radiation-exposure/extremely-low-frequency-radiation.html?
fbclid=IwAR1TMJU0re4atjEYO6cLgmKkqCbX9KbBP8sF86rURm1tOCPDdkFb19uR3k8

[78] http://large.stanford.edu/courses/2014/ph240/labonta1/

[79]https://ecfsapi.fcc.gov/file/1071225918785/United%20States%20District%20Court%20District%20of%20Oregon%20Portland
%20Division%20(2011)%20Amended%20Declaration%20of%20Barrie%20Trower.pdf

·depression at 0.3 uT (50 HZ), there is an increase in children's tumors in the nervous system over 0.2 uT (50 HZ), the occurrence of childhood leukemia is quadrupled at ranges over 0.4 uT (50 HZ)." [80]

My life is being attacked by this deadly lethal weapon using EMF and Radio Frequency power source of 40-60HZ (4,000 watts-7,200 watts) sometimes up to 65 HZ at 8,125 watts. I have no real defense against this kind of Directed Energy Weapon attack using the Microwave Hearing Effect Technology deadly lethal weapon system. The Human Brain has no Firewall against Electromagnetic and Microwave attacks.

Humans are helpless and defenseless against such attacks. I can detect when I am being attacked with this Directed Energy Weapon with an EMF meter that I have that measures EMF background radiation levels.

Watch this video of Dr. Barrie Trower discussing the technology and Symptoms:
https://www.youtube.com/watch?v=k3QeSOU8qC0
"Microwaves in weapons and wireless telecommunication - Interview with Barrie Trower "Dr. Barrie Trower is a former microwave weapons expert for the Royal Navy and the British Secret Service. He has a deep knowledge of the many harmful effects that microwaves can cause in the human body and psyche. Microwaves are not only used in weapons but also in wireless telecommunication devices. This applies to cell phones, cell phone towers, wireless internet, WiFi, smart meters etc. It is the wireless function that emits microwaves"
"Dr. Barrie Trower was interviewed by EMR information in Denmark
September 21, 2012. Copyright 2012, EMR information"


I do have some health side effects from these deadly lethal attacks like these symptoms:

## MY SYMPTOMS INCLUDE:

These symptoms are similar to the C.I.A. agents that were attacked recently in Australia. They are suffering from the Havana Syndrome. This would help U.S. Secretary Mike Pompeo to investigate the recent attacks on the C.I.A. agents. I'm attacked with the same exact technology. The Human Body alone does not put out more that 200-400 watts of energy per day.

(1). Exposure Radiation Level at 60 (HZ) Very Severe Headaches-constantly/daily basis always on right side above right eye. Chronic Headaches and even inflammation of the brain.

I will provide to you recent CT and MRI Brain Scan Images, and even and Medical Report from my scans that I will provide to you as EVIDENCE.

Barrie Trower in this Civil Action No. 3:11-cv-00739-MO, United States District Court District of Oregon Portland Division stated, "9. To my knowledge, 'microwave' or 'radio wave sicknesses was first reported in August 1932 with the symptoms of severe tiredness, fatigue, fitful sleep, headaches, intolerability and high susceptibility to infection" [81]

(2). Exposure Radiation Level at 60 (HZ) - serious Back Pains

(3). Exposure Radiation Level at 60 (HZ) - Stomach nauseas

(4). Exposure Radiation Level at 60 (HZ) - Dizziness

(5.) Exposure Radiation Level at 60 HZ – Tinnitus. I am misdiagnosed for tinnitus. It really is RF.

[80] Biological Effects of Electromagnetic Fields: Mechanisms, Modeling, Biological Effects, Therapeutic Effects, International Standards, Exposure Criteria, By Peter Stavroulakis, Springer Science & Business Media, Mar 9, 2013 - Medical - 793 pages
https://books.google.com/books/about/Biological_Effects_of_Electromagnetic_Fi.html?
id=22jwCAAAQBAJ&fbclid=IwAR20c1UjtSafmyG4wBxK9_mMbQNKsFb4SLnYvFARaMB6lHi85SnJRrToyF
[81] https://ecfsapi.fcc.gov/file/1071225918785/United%20States%20District%20Court%20District%20of%20Oregon%20Portland
%20Division%20(2011)%20Amended%20Declaration%20of%20Barrie%20Trower.pdf

"A common and often misdiagnosed condition that mimics tinnitus is radio frequency (RF) hearing, in which subjects have been tested and found to hear high-pitched transmission frequencies that sound similar to tinnitus."[82]

(6). Exposure Radiation Levels at 60 (HZ)-Electrical Shocks on top of head and in back of head. Very very sharp intense shocks on top of head and back of head.

(7). 60 (HZ) Strong sensitivity to major Electrical household appliances like- Refrigerator, Microwave, Washer, Dryer, AC fans inside house, regular fans and any large electrical appliances that make larger sounds. (I have to constantly unplug our household fridge because I can hear a humming, ringing, and hissing sounds. It gets worse when the refrigerator is plugged in.) In the US Army Document on page 1-2 it mentions experiments being done with home electrical appliances like a Refrigerator. "In addition, much concern has arisen about the extremely low frequency (60 Hz power frequency) electric and magnetic fields that originate from high-voltage transmission lines, industrial equipment, and residential appliances."[83] The RESIDENTIAL APPLIANCES would include a Home Refrigerator, which is what I have issues with at home. I have to constantly unplug the home refrigerator because of a constant sharp humming sound.

(8). And other symptoms that are mentioned in this 2006 US Army Document from Ft. Meade, Maryland that I have. I match a lot of the symptoms in the US Army Document. The Microwave Hearing Effect Technology is mentioned on pages 6-/ 10. It starts on page 6 on this declassified US Army Document 2006 from Ft. Meade, Maryland.[84] **[ Please See Attached Exhibit 1, pages 6-10, 2006 Declassified US Army Document on Microwave Hearing Effect]**

I do not want to die of Cancer because of radiation exposure of being attacked with a Directed Energy Weapon using the Microwave Hearing Effect Technology.

I can even show you a demonstration in person with the meter and how it works and how its reading background radiation EMF levels of milligauss and converted to HZ and watts.

I have strong proof of this and can prove to you that I'm being exposed to deadly threatening radiation levels of 60 HZ / 120 Volts = 7,200 watts on a daily basis.

This kind of radiation exposure of being attacked by a Directed Energy Weapon using the Microwave Hearing Effect Technology is very deadly and lethal. Its deadly and lethal just because of the fact that I am being over exposed to high-risk radiation levels of 60HZ /120Volts = 7,200 watts on a daily basis. This will cause myself to have long term serious health effects and other serious illnesses like leukemia and Cancer. According to the American Cancer Society- "non-ionizing radiation can increase the risk of getting cancer". On the American Cancer Society website, it mentions the increase risk of getting Cancer and other serious illness as a result from these deadly and lethal exposures of Directed Energy Weapons at 60 HZ/ 120Volts = 7,200 watts. Elf, Microwaves, and EMF/ RF are on the non-ionizing radiation Electromagnetic Spectrum scale of radiation exposure levels. I am being over exposed to radiation levels at 60HZ/120VOLTS=7,200 watts on a daily basis from these Directed Energy Weapon using the Microwave Hearing Effect Weapons Technology attacks.

60HZ/120VOLTS=7,200 watts is well above the legal limit of safety exposure. It is breaking FCC, OSHA, and even EPA safety guidelines of radiation, ELF, EMF, and Microwave attacks. This Dangerous High-level exposure everyday of 60HZ can lead to very extreme serious health conditions like Cancer and other serious illnesses. These Government and or Military personnel attacking myself with this 60 HZ sometimes more of

[82] Tinnitus: https: //xcorr.net/2012/05/24/hearing-radio-frequencies/

[83] Page 1: https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf - Residential Appliances

[84] https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdF

Dangerous High-level Microwave Hearing Effect Weapon Radiation will cause myself to possibly get Cancer and or other serious health issues later on in life after long time exposure to this dangerous level of radiation attacks. I'm very worried for my own personal Health in the future as I may get Cancer or other serious illness as a result of the exposure of radiation from these Microwave Hearing Effect attacks, and if you do not accept my Civil Case. I'm afraid for my health as there is a high chance, I could get Cancer, from exposure to this non-ionizing radiation from this Directed Energy Weapon using the Microwave Hearing Effect Technology.

I do not want to get Cancer as a result from this Directed Energy Weapon of Microwave Hearing Effect Technology attacks on myself on a daily basis. The health effects for this Dangerous Levels of High Exposure is not safe, and could be even deadly to humans. I will provide more information on the health effects as a result of these 60 HZ dangerous High-Level radiation Directed Energy Weapons of either ELF, EMF, Microwave Hearing Effect Technology weapon attacks.

The Human Body alone does not put out more that 200-400 watts of energy per day. I have a Gauss Meter that reads in milligauss and measures the background levels of EMF 0.1mG to 1mG.

60HZ / 120 Volts = .5 HZ per milligauss (0.1mG = .5HZ etc.......)

Since I'm being exposed at 60HZ / 120Volts = 7,200 Watts a day, it's very easy for any NSA operative to operate this Microwave Hearing Effect Technology at 10HZ, 15 HZ, 25 HZ, and even 20 HZ. With 60 HZ of EMF radiation exposure everyday it makes it very easy for an NSA operative to use this technology illegally on myself.

I am being exposed at 60 HZ a day makes it very easy to operate this EMF Brain Stimulation, Microwave Hearing Effect Technology using the Bioelectric Resonance Frequency at 9HZ-25HZ. Bioelectric Resonance Frequency is very easy to operate when a Victim, as myself, is being exposed to 60HZ / 120Volts = 7,200 watts daily.

I am friends with John St. Clair Akwei on Facebook. He gave myself permission to use his PDF Research paper as evidence to provide to the Courtroom. Source: http://www.whale.to/b/akwei.pdf. John St. Clair Akwei vs. NSA, Ft. Meade, MD, USA, 1992. Mr. John St. Clair Akwei himself gave me permission to use his paperwork. I also have a 2006 US Army Document from Ft. Meade, Maryland that mentions this technology. Link to US Army Document from FT. Meade, NSA, Maryland:
https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdF

**[ Please See Attached Exhibit 1, pages 6-10, 2006 Declassified US Army Document on Microwave Hearing Effect]**

I'm constantly being attacked with 60 HZ of exposure. At this high-level risk of exposure, it can cause Electrical Shocks, and is at the let-go threshold, and can even cause death. Long term exposure to 60HZ/120Volts can cause serious illness and even Cancer. This is a picture of the Gauss Meter that I have. It measures background levels of Radiation/ EMF exposure. The Red Zone can cause Electric Shocks, and possibly death and Cancer for long term exposure. I'm being constantly attacked with 60HZ/120Volts of exposure every day.

The back of my head has very very sharp pains, like from an electrical shock. I'm afraid for my health in the long run as a result of being over exposed to this ELF, EMF attacks.

My exposure levels of this Directed Energy Weapon of Microwave Hearing Effect Weapon are usually in the Red-Dangerous High-Level Risk zone at 1mG, or 60HZ/120VOLTS=7,200 watts. This level of exposure is very High-Risk and on a dangerous and even deadly level. Long-term exposure of this Directed Energy Weapon of Microwave Hearing Effect can cause myself to have serious illnesses such as Cancer and or other serious

illness. Since about 2016-2017 I have done extensive research into this kind of technology, as well as the exposure levels and or Health concerns relating to this 60HZ/120VOLTS dangerous HIGH-LEVEL Risk of radiation ELF, EMF, Microwave exposure. Being exposed on a daily basis at 60 HZ is not good for any human at all. It is breaking FCC Federal Safety Guidelines for SAR (Special Absorption Rate) for humans being exposed at 60HZ on a daily basis. Not good.

I'm certain this HIGH-LEVEL risk of exposure will result in long term of this exposure in serious illness' such as Cancer and or other serious illnesses.

Since roughly around 2010-2020 every day I have been exposed to 60HZ/120VOLTS=7,2000 watts of Dangerous radiation exposure as a result of this Direct Energy Microwave Hearing Effect Weapon Technology attacks.

60HZ x 120VOLTS = 7,200 Watts Dangerous level of Radiation Exposure

60HZ / 120VOLTS = .5 HZ for each mG (milligauss)

Humans can only produce or put out about 300-400watts on average.

"The average human, at rest, produces around 100 watts of power. [2] Over periods of a few minutes, humans can comfortably sustain 300-400 watts;" [85]

Since I am being exposed to 60HZ/ 120VOLTS=7,200 watts on a daily basis, this is way too much radiation exposure for any human being to endure. This is a high-risk, dangerous level of radiation exposure from the Microwave Hearing Effect Directed Weapon Energy Technology Attacks.

I have about 300-400 pages in documents listing this technology including a declassified 2006 US Army document that states this technology exists and specifically mentions Microwave Hearing Effect Weapon Technology starting on Page 6, this US Army document is 20 pages long, and I will provide this declassified US Army Document to the Court as evidence of the existence of this technology.

On the bottom of Page 7 it specifically mentions on the bottom of this page that people have been VICTIMS of this Microwave Hearing Effect technology for many years. I will highlight the important parts of this US Army document for you. [86] **[ Please See Attached Exhibit 1, page 7-bottom of page 7, 2006 Declassified US Army Document on Microwave Hearing Effect]**

It is important to note that both my Uncle John Miller, now retired US Navy Vice Admiral, and my cousin Connor now a DOD analyst both have worked inside the Pentagon for the careers. My Uncle John Miller was still active Military Duty in 2010 and worked inside the Pentagon during this time, and was also a Joint Chief's of Staff. There is a small chance of like 80% that my Uncle John Miller while he was still active US Navy duty in 2010, authorized the use of this technology on me. Especially since he was on the Joint Chiefs of Staff for his military career, it would be very easy for him to authorize these Federal (CIA, NSA, DOD, DHS, DIA-and or Military Personnel) inside the Pentagon, or other Federal offices to be able to use this Microwave hearing technology against myself. THIS IS VERY IMPORTANT TO NOTE.

Now in 2010 my cousin Connor Miller did work for the Joint Non-Lethal Weapons Directorate in Quantico, Virginia in 2010 for 2-3 years. There is a small chance like 80% that my Uncle John Miller and my cousin Connor Miller are using myself as a Lab Rat so to speak to be testing this technology out on myself while mentally torturing myself at the same time. **[ Please See Attached Exhibit 5, Connor Miller as a D.O.D analyst who has worked at Joint Non-lethal Weapons, Directorate]**

[85] http://large.stanford.edu/courses/2014/ph240/labonta1/
[86] https://legislature.mi.gov/documents/2012014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob%20Woolever).pdf

If my Uncle and cousin are not directly involved than these other people that are involved, they will use my Uncle John and cousin Connor Miller as a Scapegoat to try and make it look like they are doing this to myself. I don't want to bring trouble to my Uncle John and cousin if they themselves are not directly involved but I do want to find the exact people who are responsible for this mental torture of Microwave Hearing Effect Directed Weapons technology against myself starting since at least as early as 2010. I did just recently find out that my Uncle John did sell their house in VA, which they have lived at that address for about 20 years or so. Now all of the sudden they decide to sell their house.

I will also include a very detailed research PDF document that was typed up by John St. Clair Akwei in 1992. John St. Clair Akwei has extensive knowledge of the NSA's infrastructure and about Remote Neural Monitoring R.N.M. and the use of Microwave Hearing Effect Technology to torture individuals with this technology. I will include John St. Clair Akwei's paperwork as evidence and existence of such technology. John St. Clair Akwei did give myself permission to use his document as Evidence in the courtroom, just in case you do decide to accept and or grant my civil case for a trial. I can provide John Akwei's research document as like a prop as evidence in the courtroom.

IT IS IMPORTANT TO NOTE THAT I DO HAVE FAMILY, MY UNCLE JOHN MILLER WHO WAS A US NAVY ADMIRAL WHO DID WORK AS A JOINT CHIEF OF STAFF for part or his military career. I talked with my Aunt by email and she says that they are not involved.

But my issues with being very sensitivity around Household Electrical appliances such as a Refrigerator, Microwave, Washer, Dryer, Fans, even Radios and 'hearing voices' as a result of Microwave Hearing Effect Weapon Technology because of being attacked by Microwaves which causes myself to be sensitive around household electrical appliances started around 2010. I have major issues around Electrical appliances. Even like a Generator outside of a building. I cannot be around too many large Electrical Appliances because of my exposure to this 60HZ non-ionizing radiation from this Directed Energy Weapon of Microwave Hearing Effect Technology. **[Please See Attached Exhibit 1, page 1, mentions Residential Appliances, 2006 Declassified US Army Document on Microwave Hearing Effect]**

I hope that you will grant my civil case, and respect the fact that The Michigan Penal Code law of 2003 is a adequate law recognized by legislation. The Michigan Penal Code law of 2003 helps to prove that these Microwave Weapons do exists, and people are attacked with this technology, and are Victims. I called the State of Michigan to verify the law, and it is indeed a Public Act as of 2003.

The Defendants are breaking the law, of the Michigan Penal Code:
THE MICHIGAN PENAL CODE (EXCERPT) Act 328 of 1931,
Enrolled House Bill No. 4513, 1931 PA 328, § 200h (MCL 750.200h), as amended by 2001 PA 135, § 200h § (k) "Harmful electronic or electromagnetic device" means a device designed to emit or radiate or that, as a result of its design, emits or radiates an electronic or electromagnetic pulse, current, beam, signal, or microwave that is intended to cause harm to others".
2003-HB-4513 Public Act 256 of 2003 (Effective: 1/1/2004)
The MICHIGAN PENAL CODE-PUBLIC ACT- 2003-HB-4513, Public Act 256 0f 2003, Section (K).

It is a Public Act law in Michigan in 2003, to make it illegal, to use such Electromagnetic Pulsed and Microwave Weapons on people, the Michigan Public Act law is (2003-HB-4513, Public Act 256 of 2003, Section (K). It is a Public Act, and recognized law passed into Michigan State Legislator.

If your court refuses to grant this Lawsuit, it would be considered to be ignorant and Negligence of Law (Ignorant juris non excusat). As this law, that was passed in Michigan in 2003, it is a recognized law, and by local law enforcement in that State.

This court, should not be ignorant of such laws. I know this is a Michigan Law, but I hope it will bring forth the reality that this technology exists, and that the C.I.A. are attacking me with this technology. Within the United States, there is one important mechanism of accountability and that is the The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680, (1346 § U.S.C. Chapter 171 and 28, 812, 28 U.S.C. Part VI). Under the The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680, (1346 § U.S.C. Chapter 171 and 28, 812, 28 U.S.C. Part VI) also falls under the United States Constitution as a recognized law by the nation and the people. I know this is the State of Maryland. But I could only find a law about this, in the State of Michigan. I am asking the Judge and this court to try and not be ignorant of such a law. This law still falls under the United States Constitution.

It would be considered to be ignorant and Negligence of Law (Ignorant juris non excusat). As this law, that was passed in Michigan in 2003, it is a recognized law, and by local law enforcement in that State. I know that the State of Maryland does not have such laws in place yet. This law is still recognized by Congress, and is part of the United States Constitution, which all States, even the State of Maryland recognizes the United States Constitution. This court, should not be ignorant of such laws ignorant and Negligence of Law (Ignorant juris non excusat). I will provide more information about this Michigan law in this lawsuit. Please don't be ignorant and negligent of a Public Law passed by a State, and that all States of the United States fall under the United States Constitution. Please try to RESPECT THIS 2003 MCL as proof that this technology exists, and proof that there is ADEQUATE LEGISLATION ENACTED to make such use of Directed Energy Weapons illegal on victims. This Michigan Penal Code Law and the 3 FAM 3660 Public Act Law, are the only two laws that I know of that are Public Acts that fall under this topic and that were enacted into Public Law as a result of Victims being attacked with this kind of Microwave technology. Please try to recognize these as laws for the victims of this technology and to be used against the illegal use of this technology.

I want the Judge and Court to recognize these defendants, the CIA, the US Airforce, the DOD, Connor Miller, and John Miller, as responsible and guilty of negligence for the use of such technology to torture myself, during their time of employment under the guidance of the Federal Government and US Military. I want these defendants to be held responsible for negligence of using this technology to mentally and physically torture myself while in employment under the federal government and or US Military. During their employment in the federal government and or US Military these defendants are aware of such technology that is being used to torture myself. The C.I.A., the U.S. Airforce, the D.O.D., my cousin Connor Miller, and my Uncle Ret. Vice Admiral, U.S. Navy, John Miller Responsible for my injuries of Chronic Headaches, nausea, and Tinnitus as a result of the attacks with this kind of technology.

I, Ryan Conlon, the Plaintiff, are seeking an injunctive relief, "Primary tabs Injunctive relief, also known as an injunction, is a remedy which restrains a party (the Defendants) from doing certain acts or requires a party (the defendants) to act in a certain way. It is generally only available when there is no other remedy at law and irreparable harm will result, (to the Plaintiff), if the relief is not granted. The purpose of this form of relief is to prevent future wrong (from the defendants). [87] Such orders, when issued before a judgement, are known as preliminary injunctions that can be punished as contempt if not obeyed." I am seeking an injunctive relief against the list of my defendants, and those responsible for using this technology on myself illegally.

## Type of Relief Sought by the Plaintiff Injunctive Relief:

I, Ryan Conlon, the Plaintiff, are seeking an injunctive relief, "Primary tabs Injunctive relief, also known as an injunction, is a remedy which restrains a party (the Defendants) from doing certain acts or requires a party (the defendants) to act in a certain way. It is generally only available when there is no other remedy at law and irreparable harm will result, (to the Plaintiff), if the relief is not granted. The purpose of this form of relief is to prevent future wrong (from the defendants). Such orders, when issued before a judgement, are known as preliminary injunctions that can be punished

---

[87]https://www.law.cornell.edu/wex/injunctive_relief#:~:text=injunctive%20relief%20Primary%20tabs%20Injunctive,the%20relief%20is%20not%20granted.

, as contempt if not obeyed." [88] I am seeking an injunctive relief against the list of my defendants, and those responsible for using this technology on myself illegally.

The plaintiff is asking the court to order the defendants to stop the conduct, of illegal use such technology, that is causing physical harm. The physical harm being done to myself are a list of injuries as a result of: Brain injuries and includes Ears Popping, Chronic Headaches (CT and MRI Scan medically documented), Nausea, Inflammation of the Brain, Dizziness at times, and Tinnitus (and Ear Popping as a result from the Microwave Pressure). The Chronic Headaches are caused by a process known as Cortical Folding and Gyrification which is what caused myself to have brain injuries of Chronic Headaches and Inflammation of the Brain. This court may also order other types of relief, such as a declaration of the legal rights of the plaintiff in a particular situation.

The Michigan Penal Code law is an example of one such law that makes this possible to happen, if the Judge and court are willing to recognize such a law.
The Defendants are breaking the law, of the Michigan Penal Code: THE MICHIGAN PENAL CODE (EXCERPT) Act 328 of 1931, Enrolled House Bill No. 4513, 1931 PA 328, § 200h (MCL 750.200h), as amended by 2001 PA 135, § 200h § (k) "Harmful electronic or electromagnetic device" means a device designed to emit or radiate or that, as a result of its design, emits or radiates an electronic or electromagnetic pulse, current, beam, signal, or microwave that is intended to cause harm to others".   2003-HB-4513 Public Act 256 of 2003 (Effective: 1/1/2004).
STATE OF MICHIGAN 92ND LEGISLATURE REGULAR SESSION OF 2003 Introduced by Reps. Nofs, Gaffney, Stakoe, Garfield, Stahl, Wenke, Van Regenmorter, Robertson, Ruth Johnson, Rocca, Howell, Taub, Caswell, Richardville, Palsrok, Caul, Hune, Newell, DeRoche, Bisbee, Middaugh, Brandenburg, Acciavatti, LaJoy, Pastor, Casperson, Tabor, Drolet, Milosch, Bieda, Lipsey, Gieleghem, Meisner, Moolenaar and Ward.

It is a Public Act law in Michigan in 2003, to make it illegal, to use such Electromagnetic Pulsed and Microwave Weapons on people, the Michigan Public Act law is (2003-HB-4513, Public Act 256 of 2003, Section (K). It is a Public Act, and recognized law passed into Michigan State Legislator. If your court refuses to grant this Lawsuit, it would be considered to be ignorant and Negligence of Law (Ignorant Juris non excusat). As this law, that was passed in Michigan in 2003, it is a recognized law, and by local law enforcement in that State. This court, should not be ignorant of such laws. I will provide more information about this Michigan law in this lawsuit. Please don't be ignorant and negligent of a Public Law passed by a State, and that all States of the United States fall under the United States Constitution. Please try to RESPECT THIS 2003 MCL as proof that this technology exists, and proof that there is some ADEQUATE LEGISLATION ENACTED to make such use of Directed Energy Weapons illegal on victims. I have added this Michigan Penal Code law into this typed up Lawsuit, to help you recognize that such technology is in current use, and that there is one Public Act to make this a Felony and a crime against the use of such Exotic Non-Lethal weaponry technology.

For there to be some kind of legal action, and or Resolution of Justice sought against the Defendants, against the illegal use of such technology to harm, and torture the plaintiff. I want the Judge and Court to recognize these defendants, the CIA, the US Airforce, the DOD, Connor Miller, and John Miller, as responsible and guilty of negligence for the use of such technology to torture myself, during their time of employment under the guidance of the Federal Government and US Military. I want these defendants to be held responsible for negligence of using this technology to mentally and physically torture myself while in employment under the federal government and or US Military. During their employment in the federal government and or US Military

---

[88]https://www.law.cornell.edu/wex/injunctive_relief#:~:text=injunctive%20relief%20Primary%20tabs%20Injunctive,the%20relief%20is%20not%20granted.

these defendants are aware of such technology that is being used to torture myself. The C.I.A., the U.S. Airforce, the D.O.D., my cousin Connor Miller, and my Uncle Ret. Vice Admiral, U.S. Navy, John Miller Responsible for my injuries of Chronic Headaches, nausea, and Tinnitus as a result of the attacks from this kind of technology.

# REFERENCES

1.) The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680,
   (1346 § U.S.C. Chapter 171 and 28, 812, 28 U.S.C. Part VI)
2.) https://fas.org/sgp/crs/misc/95-717.pdf
3.) The Michigan Penal Code Law (Michigan Legislature):
   http://www.legislature.mi.gov/(S(1zglzin5wq1lw1ivcbo0lcve))/documents/mcl/pdf/mcl-Act-328-of-1931.pdf
3.) Tinnitus: https: //xcorr.net/2012/05/24/hearing-radio-frequencies/
4.) https://nypost.com/2021/04/29/us-investigating-possible-energy-attack-near-white-house/?
   fbclid=IwAR3CfkftiMe4Gt08QWJFthT7eqI8DpDgyZeBpubm7Hh_CzTObUCYalBhNl4
5.) https://www.wbrz.com/news/feds-investigate-possibility-of-mysterious-energy-attack-near-white-house/?
   fbclid=IwARORdLssvJRjuuMauMU3PkJqBWy33aojW9dKtA1fygAwTPTh9Yuk1JUGLD4
6.) https://edition.cnn.com/2021/04/29/politics/us-investigating-mysterious-directed-energy-attack-white-house/index.html?
   fbclid=IwAR29D8j2h9Kcnt8NNsfizsVIzrZJHOGiXz6W9z2ZcEJK3UdMQEBRumHo-8w
7.) https://thehill.com/policy/national-security/550898-us-investigating-possible-havana-syndrome-attack-near-white-house?
   fbclid=IwAR3F8D5ywPaNt_OmlAUobduBAE0q_wYOZu4EPDv9jFuP2QDDOe5zu2CkaN0
8.) Havana Syndrome: https://en.wikipedia.org/wiki/Havana_syndrome
9.) https://arxiv.org/ftp/arxiv/papers/2010/2010.02397.pdf
10.) https://arxiv.org/ftp/arxiv/papers/2010/2010.02397.pdf
11.) https://arxiv.org/ftp/arxiv/papers/2010/2010.02397.pdf
12.) https://diplopundit.net/2021/03/19/snapshot-qualifying-injury-under-3-fam-3660-compensation-for-certain-injuries/?
    fbclid=IwAR1KaQb10NmpIPFPw5FDR1i_MVJnp8LvdfhN0qAaB3z4MK1iB-Er3Gy43PI
13.) US Airforce Office of Scientific Research
    https://apps.dtic.mil/dtic/tr/fulltext/u2/a478950.pdf
14.) 2–10 µW/cm2 Exposure Limit in Bulgaria, Hungary, Russia and Switzerland as at 2001, cited by A. Firstenberg 2001.
    Microwave Hearing Effect Occurs at 2–10 µW/cm2 Exposure Limit
    Power Density Levels, https://www.ofcom.org.uk/.../cavi_society_attachment.pdf
15.) Website Link to News Article of President Clintons Apology for Human Experimentation:
    https://www.latimes.com/archives/la-xpm-1995-10-04-mn-53213-story.html
16.) Website link to Final Report from 1995 Human Radiation Experiments President Bill Clinton:
    https://www.osti.gov/opennet/servlets/purl/120931/120931.pdf
17.) http://users.neo.registeredsite.com/8/0/2/14515208/assets/Amy_Holem_s_Audio_Forensics_Presentation_to_the_UN_-
    June_2020.pdf
18.) Tinnitus: https: //xcorr.net/2012/05/24/hearing-radio-frequencies/
19.) The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680,
20.) https://www.remcom.com/xf-fdtd-method
21.) https://arxiv.org/ftp/arxiv/papers/2010/2010.02397.pdf-Funded by DARPA
22.) US Airforce: https://apps.dtic.mil/dtic/tr/fulltext/u2/a478950.pdf
23.) https://inis.iaea.org/.../NCL.../_Public/45/114/45114790.pdf
24.) https://www.eejournal.com/industry_news/20130806-05/...
25.) (1346 § U.S.C. Chapter 171 and 28, 812, 28 U.S.C. Part VI)
    https://fas.org/sgp/crs/misc/95-717.pdf
26.) The Michigan Penal Code Law (Michigan Legislature):
    http://www.legislature.mi.gov/(S(1zglzin5wq1lw1ivcbo0lcve))/documents/mcl/pdf/mcl-Act-328-of-1931.pdf
27.) https://aaps.mil/dtic/tr/fulltext/u2/a304644.pdf
28.) US Patent USOO65.87729B2 James P. O'Loughlin, Placitas, NM (US); Diana L. Loree, Albuquerque, NM (US), The United States of America
    as represented by the Secretary of the Air Force, Washington, DC (US).
29.) https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4516358/
30.) https://www.arpansa.gov.au/effects-60-hz-magnetic-field-exposure-3000-ut-human-brain-activation-measured-functional-magnetic
31.) https://aaps.mil/dtic/tr/fulltext/u2/a304644.pdf
32.) https://aaps.mil/dtic/tr/fulltext/u2/a304644.pdf
33.) https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob
    %20Woolever).pdf
34.) https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob
    %20Woolever).pdf

35.) https://www.cancer.org/cancer/cancer-causes/radiation-exposure/extremely-low-frequency-radiation.html?
     fbclid=IwAR32EM1osnQZBtrwNEBGRPbVwDWmQcxQC8Ic58LxVG6vsX7Ts8tgisGBbSE

36.) https://opseu.org/wpcontent/uploads/2018/12/30_basic_human_rights_list_english.pdf, www.ecoterra.info

37.) (page 7, FCC Federal Communications Commission Office of Engineering & Technology Questions and Answers about Biological Effects
     and Potential Hazards of Radiofrequency Electromagnetic Fields)
     https://transition.fcc.gov/Bureaus/Engineering_Technology/Documents/bulletins/oet56/oet56e4.pdf
         page 7, FCC Federal Communications Commission Office of Engineering & Technology Questions and Answers

38.) page 7, FCC Federal Communications Commission Office of Engineering & Technology Questions and Answers about Biological Effects
     and Potential Hazards of Radiofrequency Electromagnetic Fields https://transition.fcc.gov/Bureaus/Engineering_Technology/Documents/
     bulletins/oet56/oet56e4.pdf

39.) https://www.cia.gov/library/readingroom/docs/CIA-RDP96-00792R0005005600005-7.pdf

40.) https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob
     %20Woolever).pdf

41.) http://www.whale.to/b/akwei.pdf

42.) https://www.sbir.gov/sbirsearch/detail/298760

43.) https://www.transformation.dk/www.raven1.net/v2s-kohn.htm

44.) https://www.transformation.dk/www.raven1.net/usafletr.jpg

45.) https://www.youtube.com/watch?v=k3QeSOU8qC0
     "Dr. Barrie Trower was interviewed by EMR information in Denmark
     September 21, 2012. Copyright 2012, EMR information"

46.) http://large.stanford.edu/courses/2014/ph240/labonta1/

47.) ELECTRICITY AND HUMAN BODY-Wiki Lectures

48.) https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob
     %20Woolever).pdf.

49.) https://www.cancer.org/cancer/cancer-causes/radiation-exposure/extremely-low-frequency-radiation.html?
     fbclid=IwAR1TMJU0re4atjEYO6cLgmKkqCbX9KbBPBsF86rURm1tOCPDdkFb19uR3k8

50.) http://large.stanford.edu/courses/2014/ph240/labonta1/

51.)https://ecfsapi.fcc.gov/file/1071225918785/United%20States%20Court%20District%20of%20Oregon%20Portland%20Division
     %20(2011)%20Amended%20Declaration%20of%20Barrie%20Trower.pdf

52.)Biological Effects of Electromagnetic Fields: Mechanisms, Modeling, Biological Effects, Therapeutic Effects, International Standards,
     Exposure Criteria, By Peter Stavroulakis, Springer Science & Business Media, Mar 9, 2013 - Medical - 793 pages https://books.google.com/
     books/about/Biological_Effects_of_Electromagnetic_Fi.html?
     id=22iwCAAAQBAJ&fbclid=IwAR20c1UitSafmyG4wBxK9_mMbQNKsFb4SLnYvFARaMB6lHi85SnJRrToyF

53.)https://ecfsapi.fcc.gov/file/1071225918785/United%20States%20Court%20District%20of%20Oregon%20Portland%20Division
     %20(2011)%20Amended%20Declaration%20of%20Barrie%20Trower.pdf

54.) https://legislature.mi.gov/documents/2013-2014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob
     %20Woolever).pdF

55.) Tinnitus: https: //xcorr.net/2012/05/24/hearing-radio-frequencies/

56.) http://large.stanford.edu/courses/2014/ph240/labonta1/

57.) https://legislature.mi.gov/documents/2012014/CommitteeDocuments/House/Oversight/Testimony/HCT_OVER-12-2-2014-4(Bob
     %20Woolever).pdf

Plantiff:

Ryan Conlon
30 Colonial Dr.
Linthicum, MD, 21090
Rconlon29@icloud.com
Cell: 443-763-7691

DEFANDANTS:

Defendant No. 1
Name                              Connor Miller
Job or Title (if known)   DOD Analyst, and Joint-Non-Lethal- Weapons Directorate
Street Address              1233 Helmsdale Drive
City and County            Forrest
State and Zip Code        VA, 24551
Telephone Number
E-mail Address (if known)   connor.w.miller@gmail.com

Defendant No. 2
Name                              C.I.A. Inspector General
Job or Title (if known)   Inspector General
Street Address              1000 Colonial Farm Rd.
City and County            McLean
State and Zip Code        Virginia

Defendant No. 3
Name                              D.O.D. Inspector General
Job or Title (if known)   Inspector General
Street Address              4800 Mark Center Drive
City and County            Alexandria
State and Zip Code        Virginia, 22350

Defendant No. 4
Name                              U.S. Airforce Inspector General
Job or Title (if known)   Inspector General
Street Address              1400 AF Pentagon
City and County            Washington, D.C.
State and Zip Code        District of Columbia, 20330
Telephone Number         1-800-424-9098
E-mail Address (if known)   daf.ighotline@us.af.mil

Signature of Plantiff: _*Ryan Conlon*_____

Printed Name of Plantiff: Ryan M. Conlon